AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jimmy Garrison | ) | Case No.  21-mj-00029-RMS |
|  | ) | |
|  | ) | Charging District's |
| Defendant | ) | Case No.  1:21-cr-00014-PAB-1 |

FILED
1:24 pm, 6/1/21
U.S. Magistrate Judge

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Colorado ,
*(if applicable)* Denver _____ division. The defendant may need an interpreter for this language:
_____.

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   06/01/2021

_____
*Judge's signature*

R. Michael Shickich, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
11:18 am, 6/1/21
**U.S. Magistrate Judge**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>JIMMY GARRISON<br><br>Defendant. | Case Number: 21-mj-00029-RMS |

Date 6/1/2021     Time 10:38 - 10:55- 11:00- 11:05 AM
Before the Honorable     R. Michael Shickich

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Arraignment    ☑ Rule 5

☐ Initial Appearance    ☐ Detention Hearing    ☐ Preliminary Hearing    ☑ Removal Hearing

☐ Other _____

Offense: 18 USC § 1951: Robbery Affecting Commerce and 18 USC § 924(c)(1)(A)(ii): Brandishing a Firearm in Furtherance of a Crime of Violence (1)

| Tiffany Dyer | FTR CAS/LAN | Aundrea Hines |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Christyne Marie Martens | Platte County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☐ Voluntarily    ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Tom Jubin
☐ FPD    ☑ PANEL-CJA    ☐ RETAINED    ☐ WAIVED

☐ Bond to transfer

☐ Defendant to report on or before   Date/Time _____    Judge _____

WY53                                                                                           Rev. 05/04/2021

- [✓] Warrant of removal and final commitment to issue
- [ ] Case continued to   Date/Time _____   Judge _____
- for _____
- [ ] Other _____

**Initial appearance Rule 5**   Date 5/28/2021

(Comments) _____

**BOND IS**
- [ ] Defendant is detained
- [ ] Set at  $_____   [ ] Cash or Surety   [ ] Unsecured
- [ ] Continued on the same terms and conditions
- [ ] Detention and/or Preliminary hearing set for _____
- Before Honorable

| | |
|---|---|
| [ ] Obey all laws, Federal, State and Local | [ ] Maintain current residence |
| [ ] Seek/Maintain employment | [ ] Report to Pretrial Services as directed |
| [ ] 3rd party custody of _____ | [ ] Travel restricted to _____ |
| [ ] Not use or possess firearms/ammunition/explosives | [ ] Abide by the following curfew _____ |
| [ ] Not use or possess alcohol | [ ] Not use or possess controlled substances/drugs |
| [ ] Not use alcohol to excess | [ ] Avoid all contact with _____ |
| [ ] Submit to drug/alcohol testing | [ ] Post property or sum of money _____ |
| [ ] Do not obtain passport | [ ] Undergo medical/psychiatric treatment/exam |
| [ ] Surrender passport to _____ | [ ] Mandatory DNA collection |
| [ ] Other | |

- [ ] Bail review / detention hearing    Date _____
- [ ] Defendant detained- Reasons _____

- [✓] Defendant committed to custody of U.S. Marshal
- [ ] Identity hearing waived    [✓] Identity hearing held    Date 6/1/2021
- [ ] Removal hearing waived    [✓] Removal hearing held    Date 6/1/2021
- [✓] Court orders defendant held to answer to U.S. District Court, District of Colorado
- [ ] Bond to transfer

MAGISTRATE CRIMINAL PROCEEDING SHEET

☑ Warrant of removal and final commitment to issue

☐ Defendant to report on or before   Date/Time _____   Judge _____

☐ Case continued to   Date/Time _____   Judge _____

for _____

☑ Other   Testimony heard from: William Monahan, Lakewood, CO, Denver PD - TFO FBI

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
1:56 pm, 5/28/21
**U.S. Magistrate Judge**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>JIMMY GARRISON<br>Defendant. | Case Number: 21MJ29-RMS |

Date 5/28/2021   Time 1:35 - 1:45 PM   Before the Honorable   R. Michael Shickich

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Arraignment  ☑ Rule 5

☑ Initial Appearance  ☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Removal Hearing

☐ Other _____

Offense: 18 USC § 1951: Robbery Affecting Commerce and 18 USC § 924(c)(1)(A)(ii): Brandishing a Firearm in Furtherance of a Crime of Violence

| Tiffany Dyer | FTR Recording | Scott Winslow |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Christyne Marie Martens | Justin Cline | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared  ☐ Voluntarily  ☑ In Custody

☒ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   Tom Jubin

☐ FPD  ☒ PANEL-CJA  ☐ RETAINED  ☐ WAIVED

**Initial appearance**   Date 5/28/2021

(Comments) _____

MAGISTRATE CRIMINAL PROCEEDING SHEET

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☐ Preliminary hearing set for:  Date _____ Time _____
Judge _____ in

☐ Revocation hearing set for:  Date _____ Time _____
Judge _____ in

☐ Detention hearing set for:
Date _____ Time _____ Judge _____

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____

**Initial appearance Rule 5**   Date 5/28/2021
(Comments) _____

**BOND IS**   ☑ Defendant is detained
☐ Set at $_____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention and/or Preliminary hearing set for _____
Before Honorable

MAGISTRATE CRIMINAL PROCEEDING SHEET

| | |
|---|---|
| ☐ Obey all laws, Federal, State and Local | ☐ Maintain current residence |
| ☐ Seek/Maintain employment | ☐ Report to Pretrial Services as directed |
| ☐ 3rd party custody of _____ | ☐ Travel restricted to _____ |
| ☐ Not use or possess firearms/ammunition/explosives | ☐ Abide by the following curfew _____ |
| ☐ Not use or possess alcohol | ☐ Not use or possess controlled substances/drugs |
| ☐ Not use alcohol to excess | ☐ Avoid all contact with _____ |
| ☐ Submit to drug/alcohol testing | ☐ Post property or sum of money _____ |
| ☐ Do not obtain passport | ☐ Undergo medical/psychiatric treatment/exam |
| ☐ Surrender passport to _____ | ☐ Mandatory DNA collection |
| ☐ Other | |

☐ Bail review / detention hearing    Date _____
☐ Defendant detained- Reasons _____

☑ Defendant committed to custody of U.S. Marshal
☐ Identity hearing waived     ☐ Identity hearing held     Date _____
☐ Removal hearing waived     ☐ Removal hearing held     Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer
☐ Warrant of removal and final commitment to issue
☐ Defendant to report on or before Date/Time _____ Judge _____
☐ Case continued to  Date/Time _____ Judge _____
for _____
☑ Other  Defendant requested identity hearing; notice forthcoming.