IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JIMMY GARRISON,

    Defendant.

_____

NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Jared Westbroek
    JARED WESTBROEK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    jared.westbroek@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Brian Dunn, AUSA
    Email: Brian.Dunn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Jimmy Garrison        (via Mail)

                                  s/Jared Westbroek
                                  JARED WESTBROEK
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  jared.westbroek@fd.org
                                  Attorney for Defendant