IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JIMMY GARRISON,
2. DAVID TAYLOR, and
3. JAMARIUS JONES,

 Defendants.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

  This matter has been scheduled for a four-day jury trial on the docket of Chief Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 16, 2021 at 8:00 a.m.** It is

  ORDERED that all pretrial motions shall be filed by **July 9, 2021** and responses to these motions shall be filed by **July 16, 2021**. It is further

  ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline, or any extended deadline, for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing. It is further

  ORDERED that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such

experts shall be made no later than two weeks after the pretrial motions deadline. It is further

ORDERED that a Trial Preparation Conference is set for **August 13, 2021 at 2:30 p.m.** in Courtroom A701. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED June 21, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge