IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US V. DAVID TAYLOR, ET AL.

    Defendants,

---

## MOTION TO UNRESTRICT SEARCH WARRANTS IN THE CASE

---

    The United States, by Acting United States Attorney Matthew T. Kirsch, and through Assistant United States Attorney Brian Dunn, hereby respectfully requests the Court unrestrict the restricted search warrants related to the case numbers referenced in Attachment A. The search warrants have been executed, and accordingly, there is no longer a necessity for the documents to remain restricted from public access.

    Respectfully submitted this 29th day of June, 2021.

                        MATTHEW T. KIRSCH
                        ACTING UNITED STATES ATTORNEY

            By:  *s/Brian Dunn*
                  Brian Dunn
                  Assistant United States Attorney
                  United States Attorney's Office
                  1801 California St., Ste. 1600
                  Denver, CO 80202
                  Telephone: (303) 454-0100
                  Fax: (303) 454-0406
                  E-mail: Brian.Dunn@usdoj.gov
                  Attorney for the Government

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of June, 2021, I electronically filed the foregoing **MOTION TO UNRESTRICT SEARCH WARRANTS IN THE CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/Deana Ambrosen*
                                      Deana Ambrosen
                                      Legal Assistant
                                      U.S. Attorney's Office