## ATTACHMENT A

### Search Warrant Cases to be Unrestricted
### Criminal Case No. 21-cr-00014-PAB

| CASE NO. | TARGET |
| --- | --- |
| 19-sw-06082-NYW | Historical Cell Tower Site Information/Location Data |
| 19-sw-06177-MEH | T-Mobile Cell Phones: (720) 481-6749, (720) 709-0588 |
| 19-sw-06178-MEH | Verizon Cell Phone: (303) 241-6126 |
| 20-sw-00663-KLM | Sprint Cell Phone: (787) 988-9344 |
| 20-sw-00231-STV | Verizon Cell Phone: (281) 409-9818 |
| 20-sw-00061-SKC | Premises: Crowne Plaza Denver 1450 Glenarm Place., Denver, Colorado 80202 |
| 19-sw-06209-STV | 2015 Nissan Pathfinder: CO License Plate: CVD251 VIN Number: 5N1AR2MN1FC687424 |
| 20-sw-00346-NRN | Black 2014 Nissan Maxima: Texas License Plate KMY7221, VIN Number: 1N4AA5AP5EC475844 |
| 20-sw-00327-NRN | Precise Location Information and Date/GPS Information on a Cellular Telephone Assigned Call Number (281) 733-9616 |
| 20-sw-00306-NRN | Precise Location Information and Date/GPS Information on a Cellular Telephone Assigned Call Number (281) 733-9616 |
| 20-sw-00293-MEH | Black 2014 Nissan Maxima: Texas License Plate: KMY7221; VIN Number: 1N4AA5AP5EC475844 |
| 21-sw-00687-MEH | A yellow Apple iPhone with an unknown serial number and an unknown IMEI number (hereinafter and in Attachment B the "Device"), currently being stored in the secure evidence vault at the FBI Rocky Mountain Safe Streets Task Force office at 4624 Central Park Blvd., Suite 300, Denver, Colorado, 80238) |
| 21-sw-00685-MEH | Jimmy Garrison: for DNA evidence through buccal swabs, also known as saliva swabs |