IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

US V. DAVID TAYLOR, ET AL.

    Defendants,

_____

**ORDER TO UNRESTRICT SEARCH WARRANTS IN THE CASE**
_____

THIS MATTER coming before the Court upon motion of the Government to unrestrict the restricted search warrant documents related to the case numbers listed in Attachment A, and the Court having considered the same,

IT IS HEREBY ORDERED that the restricted search warrants listed in Attachment A related to this case be unrestricted and viewable by the public.

IT IS SO ORDERED on this _____ day of June, 2021.

                              BY THE COURT:

                              _____
                              THE HON. PHILLIP A. BRIMMER
                              UNITED STATES DISTRICT COURT JUDGE
                              DISTRICT OF COLORADO