IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON,
2. DAVID TAYLOR, and
3. JAMARIUS JONES,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on the Motion to Unrestrict Search Warrants In the Case [Docket No. 31], wherein the government seeks to remove the restrictions on the search warrants in certain cases identified in Exhibit A to the government's motion. The government indicates that each of the warrants have already been executed. Good cause appearing, it is

    **ORDERED** that the government's Motion to Unrestrict Search Warrants In the Case [Docket No. 31] is GRANTED. It is further

**ORDERED** that the Clerk's Office shall un-restrict the filing restrictions on the search warrant cases listed in Exhibit A to the government's motion.

DATED July 6, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge