# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-0014-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

**2. DAVID TAYLOR**

        Defendants.

---

**RESPONSE IN SUPPORT OF CO-DEFENDANT JIMMY GARRISION'S UNOPPOSED MOTION TO EXCLUDE 120 DAYS FROM THE SPEEDY TRIAL CALCULATION AND CONTINUE MOTIONS FILING DEADLINE (DOC. 32)**

---

Defendant David Taylor, through undersigned counsel, supports vacating the current trial date of August 16, 2021, excluding 120 days under the Speedy Trial Act, and continuing disclosures and motions filing deadlines for 120-days from the current deadlines, consistent with co-defendant Jimmy Garrison's request. Moreover, Mr. Taylor would, to the extent permissible, join in Mr. Garrison's request for the 120-day exclusion.[1]

1. Mr. Taylor is Charged with violating 18 USC § 1951 - Robbery Affecting Commerce and 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence.

---

[1] The Court's Practice Standards and the Local Rules are silent as to whether there is a preference or a disfavor for joint motions in criminal case.

2. On June 23, 2021, the government provided Mr. Taylor's counsel with discovery. Mr. Taylor's counsel has received supplemental discovery as recent as the date of the filing of this notice. Discovery currently exceeds 5,000 pages.

3. The facts alleged in this matter stretch from Houston to Denver and may implicate additional investigation in both cities. Evidence also consists of many spreadsheets of phone records and DNA.

4. Counsel is in the process of reviewing discovery but has not had the opportunity to meet with Mr. Taylor to discuss his matter in depth. Mr. Taylor is detained at the Federal Detention Center-Englewood.

5. On July 2, 2021, the parties, including the government, undersigned counsel, and co-defendant counsel for Mr. Garrison and Mr. Jones, conferred regarding a 120-day extension. All agreed that a 120-day exclusion of time would be appropriate.

6. Accordingly, Mr. Taylor does not disagree with, or dispute, Mr. Garrison's attorney's contentions of fact, law, argument, or conclusion as set forth in his request for exclusion of time (Doc. 32), supports Defendant Garrison's motion, and would join in his request to the extent permissible.

DATED: July 9, 2021

Respectfully submitted,

 /s/ A. Tyrone Glover
A. Tyrone Glover
1543 Champa St., Suite 400
Denver, CO 80202
(303) 571-1000 Ph.
(303) 571-1001 Fx.
tglover@kln-law.com

*Attorney for Defendant David Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing **RESPONSE IN SUPPORT OF CO-DEFENDANT JIMMY GARRISION'S UNOPPOSED MOTION TO EXCLUDE 120 DAYS FROM THE SPEEDY TRIAL CALCULATION AND CONTINUE MOTIONS FILING DEADLINE (DOC. 32)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and the Court.

*/s/ A.Tyrone Glover*
A. Tyrone Glover