IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JIMMY GARRISON,

    Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

---

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 29th day of March, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: *s/ Albert Buchman*
    ALBERT BUCHMAN
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: Al.Buchman@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of March, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

    *s/Stephanie Price*
STEPHANIE PRICE
Legal Assistant