IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 21-cr-00014-PAB | Date:  April 1, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Sarah Mitchell |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 1.   JIMMY GARRISON, | Jared Westbroek |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**3:51 p.m.     Court in session.**

Appearances of counsel.  Defendant present in custody.

Mr. Westbroek states discussions of the motion would be subject to attorney/client privilege.

3:53 p.m.      Mr. Buchman exits the courtroom.

**Ex Parte Proceedings – SEALED**

Comments by Mr. Garrison and Mr. Westbroek in response to the Court's questions.

**ORDERED:   Defendant's Motion to Withdraw as Counsel and for Appointment of Counsel from the CJA Panel [59] is GRANTED.  Attorney Jared Westbroek is relieved of any further representation.  Court appoints CJA counsel.**

4:06 p.m.      Mr. Buchman returns to the courtroom and is advised of the Court's ruling.

**ORDERED:** Defendant's Pro se Omnibus Motion [61] shall be held under Restriction Level 1.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**4:09 p.m.**   **Court in recess.**

Hearing concluded.
Total time in court:   00:18