IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0014-PAB-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   JIMMY GARRISON,

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Daniel J. Sears, a member in good standing in the U. S. District Court for the District of Colorado since 1968, hereby gives notice of his appearance as counsel for Defendant Garrison, having been appointed by the Court pursuant to 18 U.S.C. §3006A, the Criminal Justice Act ("CJA").

Respectfully submitted,

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: (303) 357 4639
FAX: (303) 297 2536
Email: *djsearspc@aol.com*
Attorney for Defendant Garrison

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, I served the parties to this action a true and correct copy of the foregoing Notice of Entry of Appearance by filing said pleading in the CM/EFC document filing system of the U. S. District Court for the District of Colorado.

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: (303) 357 4639
FAX: (303) 297 2536
Email: *djsearspc@aol.com*
Attorney for Defendant Garrison