IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0014-PAB-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  JIMMY GARRISON

Defendant.

_____

**MOTION TO RESTRICT**
_____

Defendant Jimmy Garrison, though his court-appointed counsel, Daniel J. Sears, respectfully requests the Court to enter an order granting the Defendant permission to restrict the filing of ECF Document 85 as a Level 3 restricted document.

As grounds therefore, Defendant submits that said document concerns a request for services which may, by statute, be filed as an *ex parte* request. 18 U.S.C. §3006A(e)(1).

WHEREFORE, Defendant Garrison requests that the Court enter an order granting the Defendant permission to file ECF Document 85 as a Level 3 restricted document.

Respectfully submitted,

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: 303 357 4639
FAX: (303) 297 2536
Email: djsearspc@aol.com

Court-appointed counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, I served on each of the parties to this action a true and accurate copy of the foregoing motion to restrict by filing said document on the CM/ECF document filing system of the Colorado U. S. District Court.

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: 303 357 4639
FAX: (303) 297 2536
Email: djsearspc@aol.com

true and accurate copy of Defendant's motion to restrict by filing electronically said pleading via the CM/ECF filing system of the U. S. District Court for the District of Colorado.

        s/ Daniel J. Sears
        DANIEL J. SEARS, P. C.
        999 18th Street, Suite 3000
        Denver, CO 80202
        Phone: 303 357 4639
        FAX: (303) 297 2536
        Email: djsearspc@aol.com