IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Motion to Restrict [Docket No. 86]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Motion to Restrict [Docket No. 86] is granted. It is further

**ORDERED** that Docket No. 85 shall be restricted under restriction level 3 until further order of this Court.

DATED May 20, 2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge