IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on defendant's Motion to Restrict [Docket No. 93]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Motion to Restrict [Docket No. 93] is granted. It is further

**ORDERED** that Docket Nos. 92 and 92-1 shall be restricted under restriction level 3 until further order of this Court.

DATED May 31, 2022.

                        BY THE COURT:

                        _____
                        PHILIP A. BRIMMER
                        Chief United States District Judge