IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0014-PAB-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JIMMY GARRISON

Defendant.

## MOTION TO RESTRICT

Defendant Jimmy Garrison, though his court-appointed counsel, Daniel J. Sears, respectfully requests the Court to enter an order granting the Defendant permission to restrict the filing of ECF Document 103 as a Level 3 restricted document.

As grounds therefore, Defendant submits that said document relates to matters contained in *Ex Parte* ECF documents 85 and 102 which relate, in part, to a request for services which may, by statute, be filed as an *ex parte* request. 18 U.S.C. §3006A(e)(1). Other issues addressed concern personal and privileged matters that should not be disclosed to the public.

WHEREFORE, Defendant Garrison requests that the Court enter an order granting the Defendant permission to file ECF Document 103 as a Level 3 restricted document.

Respectfully submitted,

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: 303 357 4639
FAX: (303) 297 2536
Email: djsearspc@aol.com

Court-appointed counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I served on each of the parties to this action a true and accurate copy of the foregoing motion to restrict by filing said document on the CM/ECF document filing system of the Colorado U. S. District Court.

> s/ Daniel J. Sears
> DANIEL J. SEARS, P. C.
> 999 18th Street, Suite 3000
> Denver, CO 80202
> Phone: 303 357 4639
> FAX: (303) 297 2536
> Email: djsearspc@aol.com