IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-0014-PAB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JIMMY GARRISON**,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

    James Castle, a member of the bar of this Court, hereby enters his appearance as court-appointed counsel for Jimmy Garrison.

Respectfully submitted,

s/James Castle
James Castle, #14026
Attorney at law
Castle & Castle, PC
1544 Race Street
Denver, CO 80206
303-675-0500
jcastlelaw@gmail.com

### CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of June, 2022, I served a true and correct copy of the foregoing to all parties of record via CM/ECF.

                                                        s/James Castle
                                                        James Castle