IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on defendant's Motion to Restrict [Docket No. 104]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

    **ORDERED** that the Motion to Restrict [Docket No. 104] is granted. It is further

    **ORDERED** that Docket Nos. 103 and 105 shall be restricted under restriction level 3 until further order of this Court.

    DATED July 12, 2022.

                                            BY THE COURT:

                                            PHILIP A. BRIMMER
                                            Chief United States District Judge