IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 21-cr-00014-PAB

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**DAVID TAYLOR**

    Defendant.

---

NOTICE OF CHANGE OF ADDRESS

---

    Tyrone Glover of TYRONE GLOVER LAW, LLC, counsel for Defendant David Taylor, hereby provides a notice of change of address, effectively immediately:

    Tyrone Glover
    TYRONE GLOVER LAW, LLC
    2590 Walnut Street
    Denver, CO 80205

**DATED**: August 9, 2022.

    */s/ Tyrone Glover*
    Tyrone Glover
    TYRONE GLOVER LAW, LLC
    2590 Walnut Street
    Denver, CO 80205
    (P) 303-577-1655
    (E) Tyrone@tyroneglover.com

    *Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, a true and correct copy of the foregoing **Notice of Change of Address** was served via CM/ECF to the parties of record.

TYRONE GLOVER LAW, LLC

*s/ Tyrone Glover*
_____
Tyrone Glover