IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00014-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JIMMY GARRISON

      Defendants.

---

**RESPONSE IN OPPOSITION TO DEFENDANT JIMMY GARRISON'S MOTION FOR EARLY DISCLOSURE OF RULE 404(B) EVIDENCE**

---

The United States of America, by and through Assistant United States Attorney Brian Dunn, respectfully responds to Defendant Jimmy Garrison's Motion for Early Disclosure of Rule 404(b) Evidence ("Motion"). [ECF #132].[1] The defendant moves the Court for an order requiring notice from the government to disclose any evidence that it intends to introduce against the defendant pursuant to Fed. R. Evid. 404(b).   The defendant seeks that this notice be provided by October 10, 2022, or 13 weeks (81 days) prior to trial.

Trial is currently set for January 9, 2023 for codefendants Garrison and White. Pursuant to the terms of the Discovery Conference Memorandum and Order, the parties (including both remaining defendants), have agreed that the government will provide written notice of Fed. R. Evid. 404(b) to the defendant no later than 21 days before trial, which is currently December 19, 2022.   *See* ECF #15, p.4 ¶(C).[2]   The government will

---

[1] There is no indication whether or not defense counsel for Garrison conferred with counsel for codefendant Justin White's prior to filing this Motion.
[2] Defendant Justin White has agreed to the same deadline. [ECF #74, p. 4¶(C).)

comply with the parties' agreed-upon deadline if necessary.   Accordingly, the government respectfully requests that the Court enforce the prior orders, based upon the parties' agreed-upon deadlines, and deny the defendant's Motion.

Respectfully submitted this 27th day of September, 2022.

>COLE FINEGAN
>United States Attorney
>
>*s/ Brian Dunn*
>BRIAN DUNN
>Assistant U.S. Attorney
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>(303) 454-0100
>FAX: (303) 454-0403
>Email: brian.dunn@usdoj.gov
>Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed this RESPONSE IN OPPOSITION TO DEFENDANT JIMMY GARRISON'S MOTION FOR EARLY DISCLOSURE OF RULE 404(B) EVIDENCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

>*s/Brian Dunn*
>BRIAN DUNN
>Assistant United States Attorney