IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0014-PAB-1

UNITED STATES OF AMERICA,

Plaintiff, v.

1. JIMMY GARRISON,

Defendant.

_____

**MOTION TO EXCEED PAGE LIMIT**
_____

Defendant Jimmy Garrsion, through co-court-appointed counsel Daniel J. Sears and James Castle, respectfully requests this Honorable Court for permission to exceed the page limit for motions provided in the Court's Judicial Practice Standards by a single page.

As grounds therefore, Defendant states that in preparing his motion to sever and for separate trial, he found it essential, in presenting the factual and legal arguments in support of his motion for a separate trial, to analyze the individual evidence likely to be presented by the government against each Defendant in establishing the prospect of presentation of mutually-antagonistic defenses by the Defendants. This factual presentation consumed a significant portion of the sixteen pages in the motion.

WHEREFORE, Defendant Garrison respectfully requests that he be permitted to exceed the Court's page limits by one page.

Respectfully submitted,

s/ Daniel J. Sears

DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: (303) 357 4639
FAX: (303) 297 2536
Email: *djsearspc@aol.com*
Co-counsel for Defendant Garrison

S/ James Castle
Castle & Castle, P. C.
1544 Race Street
Denver, CO 80208
Phone: (303) 675-0500
Email: jcastlelaw@gmail.com
Co-counsel for Defendant Garrison

## CERTIFICATE OF SERVICE

I hereby certify that served each of the parties a copy of the Motion to Exceed Page limit this 4th day of October, 2022 by filing said pleading on the Court's CM/ECF document filing system.

DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: (303) 357 4639
FAX: (303) 297 2536
Email: *djsearspc@aol.com*
Attorney for Defendant Garrison