# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) Case No. 20-sw-00573-MEH |
| Black 2014 Nissan Maxima bearing Texas license plate KMY7221 and VIN 1N4AA5AP5EC475844, currently in secure storage at Denver Police Vehicle Impound Facility at 5160 N. York St., in the City and County of Denver, Colorado more fully described in Attachment A, attached hereto. | ) ) ) ) ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___State and___ District of ___Colorado___ *(identify the person or describe property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

X  evidence of a crime;

X  contraband, fruits of crime, or other items illegally possessed;

X  property designed for use, intended for use, or used in committing a crime;

❑  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § __1951__, and the application is based on these facts:

X  Continued on the attached affidavit, which is incorporated by reference.

X  Delayed notice of ___30___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Michael Kim*
*Applicant's signature*

Michael Kim, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and: ❑ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: ___05/06/2020___

*Michael E. Hegarty*
*Judge's signature*

City and state: ___Denver, CO___

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

EXHIBIT B

SW_00000109

Case 1:20-sw-00573-MEH *SEALED*   Document 1   Filed 05/06/20   USDC Colorado   Page 2 of

**ATTACHMENT A**

### DESCRIPTION OF LOCATION TO BE SEARCHED

Black 2014 Nissan Maxima bearing Texas license plate KMY7221 and VIN 1N4AA5AP5EC475844, currently in secure storage at Denver Police Vehicle Impound Facility at 5160 N. York St., in the City and County of Denver, Colorado.



**ATTACHMENT B**

**ITEMS TO BE SEIZED**

1. U.S. currency including, but not limited to, approximately $359,400 in US Currency in multiple denominations taken from the Brinks armored truck while it was parked at 5201 S. Yosemite St., Greenwood Village, Colorado, on October 30, 2019

2. Paper money bands of the type utilized by banking institutions to secure bundles of paper currency

3. Firearms including, but not limited to, handguns, long guns, shotguns, and replica or non-lethal devices that appear similar to functioning firearms

4. Indicia of ownership including, but not limited to, vehicle registration, vehicle title information, insurance documentation, bills of sale, and all other documents displaying names and/or addresses associated with occupants or owners of the location to be searched

5. Any and all non-testimonial identification evidence including but not limited to blood stains or residue, human tissue, hair fibers, natural or synthetic fibers, fingerprints, and any other trace or DNA evidence

6. Notes, maps, sketches, drawings, and/or writings related to the planning and/or execution of robberies including, but not limited to, the robbery of the Brinks armored truck while it was parked at 5201 S. Yosemite St., Greenwood Village, Colorado, on October 30, 2019

7. Cellular telephones (A complete and thorough search of electronic communication devices may occur at a later date at a location other than the location to be searched due to the complexity and time-consuming nature of imaging such devices.)

8. Plastic zip ties, and clothing, including but not limited to, those worn in the robbery of the Brink armored truck while it was parked at 5201 S. Yosemite St., Greenwood Village, Colorado, on October 30, 2019, as pictured below:



## AFFIDAVIT

I, MICHAEL KIM, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

### INTRODUCTION AND AGENT BACKROUND

1.      I hereby inform the Court that I am a commissioned peace officer with the Commerce City (Colorado) Police Department, and am currently assigned as a Task Force Officer (TFO) with the FBI Rocky Mountain Safe Streets Task Force (RMSSTF).  I am responsible for investigating violent crimes in the Denver metropolitan area, including robberies.  I have been a police officer in Colorado for over fifteen years and have training and experience in the investigation of property crimes, financial crimes, and violent crimes, including assaults, homicide, and robbery. The information contained in this affidavit is based upon information compiled from my personal involvement, witness/victim interviews, fellow law enforcement officers, informants and by reading official police reports.

2.      This affidavit is being submitted in support of a search warrant of the addresses and persons described in Attachment A, in relation to violations of Title 18, United States Code, Section 1951, Interference with Commerce by Threats or Violence.  Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein. Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that the black 2014 Nissan Maxima bearing Texas license plate KMY7221 and VIN 1N4AA5AP5EC475844, belonging to Justin White, was involved in the crime of Interference with Commerce by Threats or Violence (Commercial Robbery) in violation of Title 18, United States Code, Section 1951 on October 30, 2019.

SW_00000112

## INVESTIGATION

3.      The United States, including the Federal Bureau of Investigation (FBI), is conducting a criminal investigation of armed robbery of a Brinks armored truck that occurred on October 30, 2019, at 5201 S Yosemite St in the city of Greenwood Village, State of Colorado, County of Arapahoe, regarding possible violations of 18 U.S.C. § 1951.

### Brinks Armored Truck Robbery

4.      On October 30, 2019 at approximately 2:29 p.m., the Greenwood Village Police Department responded to the Bank of Colorado located at 5201 South Yosemite Street, Greenwood Village, Arapahoe County, Colorado, regarding an armed robbery of a Brinks armored car. After arriving on scene Greenwood Village officers began investigating the incident. Shortly thereafter, TFO Bill Monahan and I arrived to assist in the investigation. Investigators reviewed surveillance video and conducted interviews and learned the following:

5.      At approximately 2:08PM Mountain Daylight Time (MDT), a Brinks armored car driven by Brinks Messenger S.G. (a person over 21 years old) arrived in front of the Bank of Colorado. At approximately 2:10PM MDT, a dark brown or dark gray colored Nissan Pathfinder bearing Colorado license plate CVD251 (hereinafter "suspect vehicle") backed into the parking lot south of the armored car. There was one vehicle parked between the armored vehicle and the suspect vehicle.

6.      S.G. wheeled currency inside of the bank. A few minutes later, S.G. left the bank and went to the back of the armored vehicle with a dolly carrying $3000.00 in loose quarters and $50.00 in loose pennies. S.G. opened the rear door of the armored vehicle. As S.G. opened the door, both driver side doors of the suspect vehicle opened.

7.      Suspect #1 got out of the rear driver side passenger door and was carrying an AK-47. Suspect #1 immediately ran toward S.G. and the armored vehicle. S.G. dropped to her knees on the rear driver side of the armored vehicle. Suspect #1 attempted to remove S.G.'s handgun from her holster but was unsuccessful.

2

SW_00000113

8.      Suspect #2 got out of driver's door carrying a black semi-automatic handgun in their right hand and a set of flex cuffs in their left hand. Suspect #3 also got out of the driver's door and immediately followed Suspect #2. Suspect #3 was carrying a semi-automatic handgun and a blue bag. Suspect #2 entered the rear compartment of the armored truck followed by Suspect #3. Suspect #2 got out of the armored vehicle carrying clear plastic bags of loose money and approximately 2 seconds behind him, Suspect #3 got out of the armored car with a blue bag appearing to contain clear plastic bags inside of it.

9.      Suspect #2 got into the driver's seat of the suspect vehicle and Suspect #3 got into the front passenger seat. Suspect #1 left S.G. and returned to the suspect vehicle getting into the rear driver side passenger door. The suspect vehicle left the parking lot and was seen traveling southbound on South Yosemite Street. From the time the suspects were seen getting out of the suspect vehicle to the time they were seen fleeing the scene was approximately 33 seconds. After the robbers left the scene S.G. is seen getting into the armored vehicle, coming out of the vehicle, and then using a cell phone.

10.      S.G. provided a written statement and an initial interview while on scene. S.G. reported she pulled up to the Bank of Colorado and unloaded the order with the dolly. S.G. serviced the bank. S.G. left the bank and rolled the dolly down the ramp. S.G. opened the back door of the armored vehicle. As soon as the door opened two men got out of a dark colored SUV that was parked next to a Mercedes. They had hand guns pointed at S.G. The passenger had a pistol in their right hand. A male told S.G. to get on the ground, so she dropped to her knees on the back driver's side of the armored vehicle. One of the robbers came around and tried multiple times to grab her gun out of her holster but was unsuccessful. Another male was yelling "hurry" and "let's go." As soon as S.G. heard the doors shut and the vehicle start to drive off she ran inside the armored vehicle to grab her phone and call 911. During the robbery S.G. was in fear for her life.

11.      Investigation ultimately revealed that a total of approximately $359,400 in US Currency in multiple denominations was stolen from the care, custody, and control of Brinks, Inc.

3

SW_00000114

12.     Suspect #1 was wearing a dark multi-color jacket that possibly has a black hood, a black balaclava, blue jeans, light colored shoes, gloves, and was carrying an AK-47. An image of Suspect #1 is located below:



13.     Suspect #2 was wearing a dark color hooded jacket or sweatshirt, had some type of material over their nose and mouth, some type of green shirt underneath their dark top, blue Nike sweat pants, gloves, dark colored shoes, and was carrying a hand gun, and flex cuffs.   An image of Suspect #2 is located below:



14.     Suspect #3 was wearing a dark colored Coca-Cola sweatshirt, had some type of material covering most of their nose and mouth, dark colored pants, gloves, some type of camouflage shorts under their pants, dark colored shoes, and was carrying a handgun and dark blue bag.   An image of Suspect #3 is located below:

4

SW_00000115



*Nissan Maxima Involvement in the Brinks Truck Robbery*

15.     TFO Monahan performed a subsequent video canvass of the surrounding area and along S.G.'s route preceding the robbery.  He located a surveillance camera at Galaxy Liquors, 8960 E. Hampden Avenue in Denver.  Galaxy Liquors is directly adjacent to Wells Fargo Bank at 8980 E. Hampden Avenue, which S.G.'s route serviced just prior to the Bank of Colorado in Greenwood Village.  In the footage captured from that camera, TFO Monahan observed two vehicles of note: what appeared to be (based on body style and distinctive wheel type) a black 2012 to 2014 Nissan Maxima, and a beige or light-colored 2002 to 2009 Lexus GX SUV.  Each vehicle appeared to enter the camera frame at either around the same time or shortly after the armored truck, loiter in the area without disembarking any passengers, and then exit the parking lot directly after or just before the armored truck.  TFO Monahan that the vehicles appeared to circle around the area of the armored truck, as if the drivers were keeping visual surveillance of the truck and surrounding area.

16.     With these vehicles in mind, TFO Monahan re-reviewed the footage from Bank of Colorado that captured the truck robbery in Greenwood Village.  Just after S.G. enters the bank and the Pathfinder arrives, the same (or an identical) black Maxima slowly circles the lot at least two times.  It then proceeds off camera towards the south just prior to the robbery taking place.  After the robbery, the Pathfinder flees along the same route taken by the Maxima.

5

SW_00000116

 

*Maxima at 8960 E. Hampden Ave.*          *Maxima in front of 5201 S. Yosemite St.*

 

*Maxima in front of 5201 S. Yosemite St.*          *Maxima seen on ATM Camera behind 5201 S. Yosemite St.*

17.     During a subsequent video canvass of the recovery neighborhood, investigators located a Ring cloud-based camera doorbell on a residence just north of where the Pathfinder was recovered.  Review of the camera's footage revealed that a few minutes after the armored truck robbery occurred, the Pathfinder is seen fleeing southbound on Park Terrace Drive directly in front of the camera.  Within minutes, what appears to be the same aforementioned black Nissan Maxima is seen passing the camera from the opposite direction, headed back northbound on Park Terrace Drive. TFO Monahan concluded that the Maxima had staged in the area and had likely driven the suspects away after they abandoned the Pathfinder.

### Recovery and Search of Nissan Pathfinder

18.     On November 1, 2019, the suspect vehicle used to commit the armored truck robbery was recovered less than a mile away from the robbery scene.  The vehicle, a 2015 Nissan pathfinder bearing Vehicle Identification Number (VIN) 5N1AR2MN1FC687424, was recovered in the area of the 5300 block of Park Terrace Drive in Greenwood Village.  This area is directly south of the Bank of Colorado where the robbery occurred.  Investigation revealed that the Pathfinder had been stolen

6

from a Dallas-area auto auction lot (Mannheim) in the days preceding the Greenwood Village robbery. The suspect vehicle was secured in a vehicle processing bay at the Greenwood Village Police Department.

19.     On November 6, 2019, TFO Monahan obtained a search warrant to search the vehicle for evidence that could identify the suspects. On November 6, 2019, TFO Monahan processed the vehicle with Greenwood Village Police Detective Tom Fanta and Greenwood Village Crime Scene Investigator Burkhalter. TFO Monahan noted that many surfaces in the car appeared to have been wiped down with a chemical or cleaning solution of some sort, making latent print or DNA recovery difficult or impossible. Among the items recovered was the packaging for a log chain.

### Houston Robbery/Murder, Lake Charles ATM Incident, Identification of Brown and Taylor

20.     On October 31, 2019, the FBI released surveillance video of the robbery to the local media in the Denver Metropolitan area in order to generate anonymous tips or to encourage any member of the community with potential information about the robbery to contact Denver Metro Crime Stoppers or to contact the FBI. This footage eventually gained nationwide media attention.

21.     Shortly thereafter, TFO Monahan learned that a Brinks armored truck driver had been shot and killed during a robbery on October 24, 2019, in Houston, Texas. TFO Monahan eventually learned that the weapons and method of operation (including the use of "follow" vehicles) used in the Houston murder and robbery were similar to the method of operation and weapons used by the suspects who committed the robbery in Greenwood Village on October 30, 2019.

22.     On November 21, 2019, TFO Monahan learned that members of the Houston Police Department had conducted surveillance on and arrested several persons of interest in the Houston murder and robbery case that occurred on October 24, 2019. TFO Monahan learned that these persons of interest were covertly followed to Lake Charles, Louisiana, where they were observed attempting to steal an Automatic Teller Machine (ATM) by pulling it out of a business with a log chain. TFO Monahan recalled the recovery of the log chain packaging in the Pathfinder shortly after the Greenwood Village robbery.

7

23.     The following persons were arrested in the Lake Charles incident: Rodney Hill, Jamaul Hunt, Don Tyrone, Harold Oliver, Aje Carter, Quaylon Brown, Javarion Davis, and Reginald Simmons.  TFO Monahan learned that investigators with the Lake Charles Police Department seized several cell phones from the arrestees.  TFO Monahan learned that the Lake Charles Police Department, Houston Police Department, and the Houston Division of the FBI were planning to obtain search warrants to extract and analyze the data from the cell phones.

24.     On December 12, 2019, TFO Monahan learned from Houston FBI Special Agent (SA) Jeffrey Coughlin that data had been extracted from the phones seized by the Lake Charles Police Department.  One of the phones was seized from Quaylon Brown upon his arrest in Lake Charles.

25.     SA Coughlin relayed to TFO Monahan that on October 27, 2019, (a few days before the Colorado robbery) Quaylon Brown was involved in a text message conversation with an individual named "Roun" in Quaylon Brown's contact list.  "Roun's" telephone number was (281) 409-9818.  Through the use of open source records, subscription services, and law enforcement databases, investigators were able to determine that this phone number listed to David Taylor.

26.     TFO Monahan learned that on October 27, 2019, Quaylon Brown had sent a message to David Taylor asking, "what ya got going." David Taylor replied, "I'm in Denver". Brown then sent Taylor a calendar with airline prices for flights from Houston to Denver.  David Taylor stated, "lil bro just got a flight at 5 so,ehting tomorrow—then ride back with me".  Quaylon Brown asked, "when we coming back?" David Taylor replied, "Dk bro. when the job done. Shouldn't be longer than a week".

27.     There was another text message conversation between Quaylon Brown and David Taylor on the evening of October 30, 2019.  David Taylor stated, "I'm on the way back home. Shit was trash honestly. Way better cars in Houston.  Well better and easier opportunities. I got you tho. Ima pull up on you".

28.     On January 10, 2019, Denver FBI SA Donald Peterson received a copy of the report regarding the data extraction of the aforementioned Apple iPhone seized from Quaylon Brown by

8

Lake Charles Police Officers after his arrest on November 21, 2019. TFO Monahan reviewed a copy

of the report. There were text message logs in the report. The report also included photographs and

videos that were extracted from the phone. TFO Monahan verified phone number associated with the

I-phone seized from Quaylon Brown was (832) 807-3156, and the owner identification of the phone

stated "Quaylon's iPhone."

29.     TFO Monahan observed a text message on October 24, 2019, (about a week before the

Denver Brinks robbery) at 8:51 p.m. from Quaylon Brown to (832) 606-4449 that stated, "I suppose

to leave for Denver tonight".

30.     TFO Monahan observed text messages Quaylon Brown exchanged with (281) 716-

0438 on November 3, 2019, (a few days after the robbery) between 9:00 p.m. and 10:16 p.m. One

message from that number to Quaylon Brown stated, "I seen a video that look like y'all..if ppl talking

and rumor spreads to the wrong ears…you know the rest".

31.     TFO Monahan observed a series of text messages between Quaylon Brown and (832)

425-3156 between October 22, 2019, at 12:24AM and October 24, 2019, at 3:09PM. An open source

records search of (832) 425-3156 showed that the number listed to Davesha Franklin. The

conversation appeared to be about Quaylon Brown asking Davesha Franklin to use her vehicle for

"work". Quaylon Brown asked if he could add darker tint to Davesha Franklin's vehicle so that

nobody could see him. During the conversation, Quaylon Brown offered Davesha Franklin 10%,

then 15%, of "whatever I make" to use the vehicle.

32.     TFO Monahan recalled that the Houston Police Department and the Houston FBI

Division were investigating an armed robbery of a Brinks armored truck that occurred in Houston on

October 24, 2019, during which a Brinks employee was shot and killed. TFO Monahan was aware

that the getaway vehicle used by the suspects to flee the scene of that robbery and murder was a

newer model black Chevrolet Impala. A search of Texas Department of Motor Vehicle records

showed that Davesha Franklin was the registered owner of a black 2018 Chevrolet Impala, bearing

Texas license plate LZJ295. TFO Monahan noted that the last message was from Quaylon Brown to

9

Davesha Franklin stated "I finna come switch out cars n go get mine finally". This message was sent after murder and robbery of the Brinks employee in Houston on October 24, 2019.

33.     TFO Monahan observed a series of text messages between Quaylon Brown and (832) 706-6601 between October 24, 2019 and October 29, 2019. An open source records search showed that (832) 706-6601 listed to Rejhae Alcorn, who TFO Monahan believed is possibly the mother of one of Quaylon Brown's children. There was a message at 8:18AM on October 28, 2019, that stated "im finna catch my flight to Denver in a hr".

34.     TFO Monahan observed an image of an Instagram post by "grindboy1000" stating that he was at the Crown Plaza Denver. The image was sent from Quaylon Brown's phone at 9:41PM on October 27, 2019.

35.     TFO Monahan observed the aforementioned conversation with David Taylor on October 27, 2019, that began with David Taylor stating he was in Denver.

36.     TFO Monahan observed an image of an Instagram post by "grindboy1000" stating that he was at the Crowne Plaza Denver. TFO Monahan recognized the location of the picture to be the sidewalk in front of 499 15th Street. This address is the parking lot located across the street from the Crown Plaza at 1450 Glenarm Street in Denver. The caption under the image stated, "grindboy1000 Rain Sleet or Snow (snowflake emoji) For The Dough #denvercolorado." The face of the person in the image could not be seen. The shoes worn by the person in the image were consistent with the shoes worn by Suspect #3 during the October 30, 2019, robbery in Greenwood Village, Colorado.

SW_00000121





Sidewalk in front of 499 15th St



Suspect #3 shoe

37.    TFO Monahan observed images of rifles and handguns extracted from Quaylon

Brown's iPhone that were consistent with the weapons used during the robbery on October 30, 2019,

in Greenwood Village, Colorado.

SW_00000122

   

38.     TFO Monahan observed a group chat on the phone that included Quaylon Brown and several other individuals.  In the group chat, on November 1, 2019, someone posted a link to an ABC News video of the Greenwood Village, Colorado, Brinks truck robbery.  Quaylon Brown participated in the chat.  One of the comments stated, "Its just that muthafuckin easy… perfect timing…shidd the guard know the drill. Aint finna die for that money".  There was a comment from Quaylon Brown that stated, "big nuts I jus made it back from Denver tho what you wanna go do (laughing emoji)".  There were numerous other comments made during the conversation that suggested that Quaylon Brown participated in the Greenwood Village Brinks robbery.

### *Beaumont, Texas, Attempted Armored Truck Robbery*

39.     On January 14, 2019, TFO Monahan learned of the following: On January 13, 2019, Houston Police Department investigators conducted surveillance on two suspicious vehicles with false license plates that were following armored trucks.  The HPD investigators conducting the surveillance observed that the two vehicles followed an armored truck in the parking lot of a shopping center in Beaumont, Texas.  The vehicles backed into parking spaces next to the armored truck after the truck parked.

40.     The movements of the vehicles were consistent with the methods used by suspects in recent armored truck robberies that occurred in Texas and Colorado in 2019.  Fearing that an armed robbery was about to occur, and due to an imminent risk of serious bodily injury or death to the armored truck driver and other persons in the shopping center, the HPD surveillance officers requested additional uniformed officers to confront the occupants of the suspicious vehicles. Four

12

occupants of the two vehicles were arrested and are now identified as David Taylor, Jamarius Jones, Prentis Delaney, and Coray Q Brown. Multiple firearms, including semi-automatic handguns and assault rifles, were recovered from the scene of the arrest.

41.     In addition, masks, gloves, and a bottle of rubbing alcohol were recovered from the arrestees' vehicles. TFO Monahan recalled that when the Nissan Pathfinder used in the commission of the Greenwood Village Brinks robbery was recovered and processed, it had appeared that the center console had been wiped down with some type of chemical, presumably to destroy latent print and DNA evidence. TFO Monahan concluded that the rubbing alcohol recovered in the vehicles in the Beaumont, Texas, arrests would have likely been used for the same purpose.

### Search Warrant for and Analysis of David Taylor Call Detail Records

42.     TFO Monahan sought and was granted a search warrant to obtain David Taylor's Call Detail Records (CDRs) with historical location data for his phone number, (281) 409-9818. TFO Monahan received the records pursuant to the warrant on January 13, 2019. In an initial triage of the records, TFO Monahan observed that David Taylor's device used cell towers and sectors consistent with the device traveling from Houston to Denver on or around October 27, 2019. The device also used cell towers and sectors consistent with being in the area of 5201 S. Yosemite St. in Greenwood Village, Colorado, at or around the time of the Brinks truck robbery on October 30, 2019. As of the writing of this affidavit, no formal location analysis has yet been conducted.

### Identification of Justin White and Nissan Maxima

43.     TFO Monahan also examined the phone numbers that David Taylor had contact with while he was in Denver. Investigators have long suspected that the robbers would have a local confederate who assisted and facilitated their crimes. He conducted open records, subscription-based service, and law enforcement database searches on the most-dialed phone numbers on David Taylor's CDRs. One of the numbers, (281) 733-9616, listed to a Justin White. Justin White has an extensive history of pawn transactions in the Houston area dating back to 2018. However, on October 17, 2019, he conducted a pawn transaction in Aurora, Colorado. During that transaction, he presented a

SW_00000124

Texas driver's license, but listed a local address as his residence. The address Justin White provided was 9888 E. Vassar Drive in Denver, Colorado.

44.     TFO Monahan conducted law enforcement database searches on Justin White. He found that Justin White is registered owner of a black 2014 Nissan Maxima, bearing Texas license plate KMY7221. He provided this information to me. Your affiant conducted further searches for records related to this license plate, including law enforcement and commercial License Plate Recognition (LPR) databases. LPR systems consist of specialized scanning cameras, either mounted at stationary positions or on vehicles, that catalog and photograph license plates that pass through their field of view. LPR systems are commonly used by vehicle repossession companies, law enforcement, and other public and private entities for informational purposes about vehicle traffic in a particular area. In his review of LPR data, your affiant observed that the Maxima seemed to be based in the Houston and Corpus Christi, Texas, areas throughout 2019 until early September. On September 16, 2019, the Maxima begins to register on multiple law enforcement LPR cameras throughout Aurora on almost a weekly basis. Additionally, commercial (likely repossession company) LPR scanners registered the Maxima on three separate occasions at the Vassar Drive apartment complex, most recently on March 3, 2020.

45.     Your affiant also learned from TFO Monahan that that an armed robbery of a Loomis armored truck occurred at 150 West El Dorado Street in Houston, Texas, on the afternoon of September 5, 2019. The suspects used a stolen white van and a 2017 or 2018 white Kia forte. The white van pulled up to the Loomis truck and three armed suspects exited the stolen van armed with guns and robbed the operator of the Loomis truck. The suspects fled in the stolen white van and abandoned it nearby. The suspects then got into the white Kia to flee the area.

46.     The method of operation and physical description of the suspects in the September 5, 2019, incident matches the robbery at 5201 S Yosemite St. on October 30, 2019. LPR databases place Justin White's Nissan Maxima in the Houston area on the day immediately before the Loomis truck robbery and the day immediately after. The September 4, 2019 license plate reader capture of

14

the Nissan Maxima was at 11911 Gulf Freeway in Houston, Texas. Gulf Freeway is also known as Interstate 45. 11911 Gulf Freeway is only seven miles away from 150 W. El Dorado Blvd.

47.     On March 6, 2020, your affiant drove to the area of 9888 E. Vassar Drive in an effort to locate and make visual contact with the Maxima. Your affiant found it parked in the same area as all of the commercial LPR scans. Upon seeing it, your affiant recognized it as apparently the same Maxima seen in surveillance camera footage on October 30, 2019, trailing the Brinks armored truck prior to the robbery, circling the scene of the robbery just prior to its commission, and leaving the area where the robbery vehicle was abandoned minutes later.



*Justin White's Maxima Parked on Vassar Dr.*

48.     Your affiant believes that the Maxima seen trailing the Brinks truck minutes prior to the robbery is the same vehicle seen later circling the robbery scene. It is also the same vehicle seen picking up the robbers after they abandoned their other vehicle. Based upon his investigation, your affiant believes that this Maxima is the vehicle owned by Justin White.

49.     On March 11, 2020, your affiant sought and was granted a search warrant to install a GPS tracker on the Maxima. The warrant was issued by the United States District Court for the District of Colorado, and was signed by the Hon. Magistrate Judge Michael E. Hegarty. Investigators tried numerous times to locate the Maxima after the issuance of the warrant in order to install the tracker, but were unsuccessful. Subsequent LPR searches indicated that the Maxima had traveled down to Texas.

15

50.     On March 23, 2020, your affiant sought and was granted a search warrant to obtain historical and prospective CDR records with location data for Justin White's phone, along with prospective GPS and Pen Register/Trap and Trace (PRTT) device data.  The warrant was issued by the United States District Court for the District of Colorado, and was signed by the Hon. Magistrate Judge N. Reid Neureiter.

51.     On March 26, 2020, while conducting physical surveillance on Justin White's apartment, investigators located the Maxima parked inside the residential parking garage of Justin White's apartment building, located at 9888 E. Vassar Drive, Building G.  This garage is communal, not exclusive to Justin White, and serves all residents of Building G.  Your affiant sought and was granted a refreshed search warrant to install a GPS tracker on the Maxima.  The warrant was issued by the United States District Court for the District of Colorado, and was signed by the Hon. Magistrate Judge N. Reid Neureiter.  Immediately upon receipt of the warrant, investigators successfully placed a covert GPS tracker on the vehicle.

52.     Your affiant observed that Justin White's PRTT indicated he was in Houston, TX, during the week of April 18, 2020.  His vehicle tracker, however, showed that the Maxima was still parked at the Vassar Dr. address.  On April 27, 2020, your affiant observed that Justin White's PRTT indicated he was back in the Denver area.  In addition, his vehicle tracker indicated that the Maxima was traveling throughout the cities of Denver and Aurora.

53.     Your affiant requested that Aurora Police Department (APD) uniformed officers make contact with the vehicle in the area of E. 6th Ave. and Helena St. and that FBI investigators would respond to impound the vehicle for a search pursuant to a warrant.  Just before APD contacted the vehicle, Justin White and another male, now identified as Jimmy Garrison, exited a nearby store and walked towards the Maxima.  Officers intercepted them just as White began to get into the driver seat, and Garrison the passenger seat.

54.     Your affiant responded to the scene and verified that the Maxima appeared to be the same one depicted in the surveillance footage from the Brinks armored truck robbery that occurred in

16

Greenwood Village on October 30, 2019. He and TFO Monahan attempted to speak with Justin White about the vehicle and its potential involvement in the robberies. White denied any knowledge, and declined to speak with investigators further. However, he became extremely agitated when he was not permitted to retrieve his cellular phone from the vehicle. He and Garrison were not physically detained at any point, and they were permitted to leave the area while investigators sealed and impounded the vehicle for transport to the Denver Police Vehicle Impound Facility. While retrieving the vehicle's keys from the center console (where they were deposited by APD officers after being removed from White), your affiant observed that the vehicle contained several personal items, clothing, and a cellular phone in the center cup holder.

55.     Your affiant contacted investigators with HPD assigned to the Houston FBI Violent Crimes squad. They advised that Jimmy Garrison's name was related to the investigation of an armored car robbery that occurred on June 8, 2019. In that case, a Garda armored car driver was shot in the arm during a robbery. The suspects fled in a stolen vehicle. That stolen vehicle eventually led investigators to another stolen vehicle, which was found to contain retail receipts with Garrison's name on them. This second stolen vehicle containing the receipts was stolen from the same Mannheim auto auction lot where the Pathfinder (from the Greenwood Village robbery) had been stolen from.

## CONCLUSION

56.     Based on the aforementioned information, your affiant has probable cause to believe that additional evidence (including cellular telephone(s), nontestimonial DNA evidence, and items specifically listed in Attachment B) of the Greenwood Village Brinks armored truck robbery on October 30, 2019, is contained in the black 2014 Nissan Maxima bearing Texas license plate KMY7221 and VIN 1N4AA5AP5EC475844, currently in secure storage at Denver Police Vehicle Impound Facility at 5160 N. York St., in the City and County of Denver, Colorado.

57.     As it relates to White's cell phone (and any other cellular phones) in the vehicle, based on his training, experience, and general knowledge of human behavior in today's society, your affiant

SW_00000128

knows that most individuals own and possess a cellular telephone, and retain their phones on their person or in their immediate possession. See *Carpenter v. United States*, 138 S. Ct. 2206, 2218 (2018) ("While individuals regularly leave their vehicles, they compulsively carry cell phones with them all the time. A cell phone faithfully follows its owner beyond public thoroughfares and into private residences, doctor's offices, political headquarters, and other potentially revealing locales."); *Riley v. California*, 134 S.Ct. 2473, 2484 (2014) ("modern cell phones … are now such a pervasive and insistent part of daily life that the proverbial visitor from Mars might conclude they were an important feature of human anatomy.").

58.      Your affiant also knows from training and experience that criminals frequently communicate with each other, and/or other individuals, before, during, and after criminal events. Your affiant also knows from his/her training and experience that this type of communication usually occurs via cellular phones. Your affiant believes that analysis of the data contained in a cellphone or other mobile/electronic device could assist your affiant with determining the general location of the device before, during, or after the target offense. This information, along with other information that can be obtained through an electronic device such as a cellphone, will assist your affiant with furthering the above-described criminal investigation. Your affiant seeks only to seize cellular phones at this time, and will submit a separate search warrant for their forensic imaging and review at a later date.

59.      The foregoing is true and correct to the best of my knowledge, information and belief.


_____ *s/ Michael Kim* _____
Michael Kim, Task Force Officer, FBI


Sworn to before me this ___6th___ day of _____May_____, 2020.

___*Michael E. Hegarty*___
United States Magistrate Judge

**Affidavit reviewed and submitted by Brian Dunn, Assistant United States Attorney.**

18