IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-0014-PAB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JIMMY GARRISON**,

    Defendant.

---

### NOTICE OF DISPOSITION

---

    The parties hereby give notice to the Court that they have reached a disposition in this matter. The parties ask the Court to schedule the matter for a change of plea hearing.

Respectfully submitted,

s/James Castle
James Castle, #14026
Attorney at law
Castle & Castle, PC
1544 Race Street
Denver, CO 80206
303-675-0500
jcastlelaw@gmail.com

### CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of October, 2022, I served a true and correct copy of the foregoing to all parties of record via CM/ECF.

    s/James Castle
    James Castle