**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0014-PAB-1

UNITED STATES OF AMERICA, Plaintiff,

v.

1.   JIMMY GARRISON, Defendant.

---

### MOTION FOR PERMISSION TO WITHDRAW FROM FURTHER REPRESENTATION

---

Defendant's court-appointed co-counsel Daniel J. Sears, pursuant to D.C.COLO.LAttyR 5(b), respectfully requests this Honorable Court that he be permitted to withdraw from further representation of Defendant Garrison in the above matter.

As grounds for this request, movant hereby states as follows:

Defendant Jimmy Garrison was indicted, along with David Taylor and Jamarious Jones, on February 2, 2021, on four counts alleging federal criminal violations arising out of the October 30, 2019, robbery of a Brinks armored truck outside of the Bank of Colorado, Greenwood Village, Colorado.  ECF Document 1. On April 1, 2022, CJA counsel Daniel J. Sears was appointed to represent Defendant Garrison in the above matter. ECF Document 65. On May 13, 2022, Defendant Garrison, contemplating a jury trial of the charges in the case, moved, pursuant to 18 U.S.C. §3006A, for the appointment of a second attorney to represent him. ECF Document 85. The Court subsequently appointed CJA counsel James Castle, who entered his appearance on June 13, 2022. ECF Document 110.

After the filing of a number of defense pretrial motions, Garrison entered into a plea agreement with the government. ECF Document 157. On October 28, 2022, Defendant Garrison entered a plea of guilty to a single count of the superseding indictment pursuant

1

to the plea agreement. ECF Document 156.

Towards the conclusion of the F. R. Crim. P. Rule 11 proceedings, co-counsel Sears reported to the Court that, after conferring with Co-counsel James Castle and Defendant Garrison, he would be filing a motion to withdraw from further representation of the Defendant since, with the Defendant's tender of a plea of guilty, it appeared that a trial of the matter would not be necessary. Co-counsel Sears advised the Court that he had conferred with Co-counsel Castle and the Defendant Garrison, who expressed no objection to Co-counsel Sears filing a motion for permission to withdraw. The Court, confirmed with Defendant Garrison in open court that Garrison had no objection to the grant of such a motion.

WHEREFORE, Daniel J. Sears requests that the Court enter an order granting Counsel Daniel J. Sears motion for permission to withdraw from further representation in the matter.

Respectfully submitted,

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: (303) 357 4639
FAX: (303) 297 2536

Email: *djsearspc@aol.com*
Co-counsel for Defendant Garrison

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2022, I served the parties to this action a true and correct copy of the foregoing Motion for Permission to Withdraw From Further Representation by filing said pleading in the CM/ECF document filing system of the U. S. District Court for the District of Colorado.

s/ Daniel J. Sears
DANIEL J. SEARS, P. C.
999 18th Street, Suite 3000
Denver, CO 80202
Phone: (303) 357 4639
FAX: (303) 297 2536
Email: *djsearspc@aol.com*