IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON

    Defendant.

_____
**ORDER**
_____

This matter is before the Court on the Motion for Permission to Withdraw from Further Representation [Docket No. 159] of attorney Daniel J. Sears. In light of attorney James Castle remaining as counsel of record for defendant, it is

**ORDERED** that the Motion for Permission to Withdraw from Further Representation [Docket No. 159] is granted. It is further

**ORDERED** that attorney Daniel J. Sears' representation of the defendant Jimmy Garrison is terminated.

DATED October 31, 2022.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                Chief United States District Judge