IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-0014-PAB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JIMMY GARRISON**,

    Defendant.

---

**MOTION TO CONTINUE SENTENCING**

---

The defendant, by and through counsel, hereby moves to continue sentencing based on the following grounds:

1. Mr. Garrison's sentencing is presently set for January 20, 2023.

2. On November 16, 2022, Mr. Garrison was transported out of state. Just this week he was transported back to the metro area and is therefore available to counsel.

3. Due to Mr. Garrison's location(s) of confinement since filing the notice of disposition, the defense has been unable to fully explore mitigation materials.

4. The final presentence investigation report has also yet to be received.

5. Counsel for the government, Mr. Dunn, does not object to this motion.

Wherefore, Mr. Garrison moves to continue his January 20 sentencing for approximately 30 days.

Respectfully submitted,

s/James Castle
James Castle, #14026
Attorney at law
Castle & Castle, PC
1544 Race Street
Denver, CO 80206
303-675-0500
jcastlelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2023, I served a true and correct copy of the foregoing to all parties of record via CM/ECF.

s/James Castle
James Castle