IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No.  21-cr-00014-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JIMMY GARRISON,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**
_____

      This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for Personal Money Judgment [Docket No. 174] pursuant to Fed. R. Crim. P. 32.2(b)(2).  The Court, having read said motion and being fully advised in the premises, finds:

      THAT, on January 18, 2022, a superseding indictment was filed charging defendant Jimmy Garrison in Count One with interference with commerce by threats or violence, in violation of 18 U.S.C. § 1951(a), and in Count Two with brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii);

      THAT the superseding indictment also sought forfeiture from defendant Jimmy Garrison, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2641, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

THAT, on October 28, 2022, the United States and defendant Jimmy Garrison entered into a plea agreement which provides defendant will plead guilty to Count Two. It also contained a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2641, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b).

THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Jimmy Garrison in the amount of $359,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant Jimmy Garrison at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

DATED January 11, 2023.

        BY THE COURT:

        _____
        PHILLIP A. BRIMMER
        Chief United States District Judge