IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-0014-PAB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JIMMY GARRISON**,

    Defendant.

---

**MOTION FOR EXTENSION OF TIME**

---

    The defendant, by and through counsel, hereby moves to for a one-day extension of time to file his sentencing statement based on the following grounds:

1. Mr. Garrison's sentencing is set for February 10, 2023.

2. The sentencing statement is due 14 days prior to sentencing (January 27).

3. An unexpected matter arose which has required counsel's attention.

4. Counsel for the government, Mr. Dunn, does not object to this extension of time.

    Wherefore, Mr. Garrison moves for a one-day extension of time to file his sentencing statement.

Respectfully submitted,

s/James Castle
James Castle, #14026
Attorney at law
Castle & Castle, PC
1544 Race Street
Denver, CO 80206
303-675-0500
jcastlelaw@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of January, 2023, I served a true and correct copy of the foregoing to all parties of record via CM/ECF.

                                                  s/James Castle
                                                  James Castle