# LAW OFFICE SERVICES, LLC

1544 Race Street
Denver, CO 80206
(303) 675-0500
F: (303) 329-5500

*To: Jim Castle*
*Castle & Castle, PC*
*1544 Race Street*
*Denver, CO 80206*

CONFIDENTIAL COMMUNICATION
ATTORNEY WORK PRODUCT
Please Do Not Copy Without Authorization

**Case:  US v. Jimmy Garrison, 21CR14**

Jimmy Dorsey Garrison Jr. was born in Houston, Texas on December 15, 1984 to his parents, Jimmy Garrison Sr. and Sharon Garrison (nee Jackson). Jimmy's parents and extended family are also from Houston. He is the eldest child of 4 children – Jimmy, Jeremy, Shanteria and Shalondria.

Mr. Garrison Sr. works as a bus driver for Metro, the Houston public transportation system. He's been with them for approximately 13 years but when Jimmy was a child, his father worked as a cook at the Herrman Hospital. For the last 18 years, Mrs. Garrison has worked as an anesthesia technician at the same hospital. Mr. Garrison, Sr. has a criminal history including possession of marijuana and unlawful carry of a weapon.


## CHILDHOOD/EDUCATION

Jimmy grew up in the "family home." Jimmy has been invited by his parents to reside with them upon his release while he gets back on his feet. His youngest sister, Shalondria, is currently living with his parents. Their home was built in 2001, while Jimmy was in high school.

Jimmy is closest with his youngest sibling, Shalondria, and says they talk most frequently. She works at a call center, as does Jimmy's sister Shanteria. Shanteria has her own apartment in Houston. Jimmy's younger brother Jeremy lives with his girlfriend in Houston and works at a steel company. Jeremy has also been to prison for aggravated robbery.

As a child, Jimmy did not often find himself in trouble. He reports that, if and when he would get in trouble, it was for back talk or his grades slipping. Jimmy's transcript from Evan E. Worthing High School reflect grades of A's, B's and C's for each school year, and a single D his freshman year (the transcript is attached to this report as Exhibit A). Jimmy's favorite and best subjects were math and science, while his worst were English and reading.

Jimmy stated he tried football and ran track/long distance in middle school. He reported that he's the most competitive in his family and hates to lose. He also played cello in middle school. Jimmy picked up the sport of baseball in high school, for the first time ever. He played right field. Jimmy graduated high school in 2003.

After graduation, he was offered a baseball scholarship at Texas College in Tyler, Texas. Jimmy's family did not have the funds to pay for college so the scholarship was an amazing opportunity. The scholarship was going to allow Jimmy to be the first in his family to attend college. He was

## LAW OFFICE SERVICES, LLC

enrolled to major in computer engineering. Just months before he was to report to the school, the baseball coach was caught in a funding scandal and the money for the scholarships was gone. Along with the money, Jimmy's dream of being the first in his family to graduate college on a scholarship disappeared. The money he had saved for college was gone by the end of his first trimester, when he had to withdraw.

Jimmy then went to work. The loss of his college opportunity was a significant turning point in his life. Jimmy felt his life could have changed. Jimmy reported that his grades had been good during that first semester at Texas College and the loss of his scholarship made that a waste. He said he wasn't focused on women or dating but had absolutely prioritized his education. Jimmy was ready to make something out of his life. But the loss of his college dream likely led to his journey downhill.

Jimmy said his parents were also upset about the situation – he said they had been so excited for him. Jimmy said he was breaking the cycle, but in the end, the cycle broke him.

### EMPLOYMENT HISTORY
During high school, Jimmy was employed from the 10th grade on; he worked at a KFC/Pizza Hut, Six Flags, and AMC movie theaters. After moving home from Texas College, Jimmy went back to KFC for a bit, then got a job in the warehouse at National Oil Well Varco. He would pull items for orders and prepare them to be shipped to the buyer. After about a year, he was let go and continued working warehousing jobs through a temp agency. Jimmy also learned how to drive forklifts. He then worked at Boring Specialties which merged with Tempkin, then SunBelt Steel. With SunBelt, he was a machine operator for making drill materials.

### FAMILY
In approximately 2004, Jimmy met Sabrina Demyers. She was from Louisiana and had relocated to Houston after Hurricane Katrina. Jimmy met her when he came to see a coworker's home which the coworker had built with his brother. Sabrina knew the coworker's brother's wife and was there at the home. She had a daughter, Jade, who was 4 years old when Jimmy met them.

Sabrina was the first and most serious relationship Jimmy's had. They moved in together about a year and a half into their relationship. Jimmy continued working his warehousing jobs and Sabrina worked in a call center.

Jade's biological father still lived in Louisiana and was only around "every blue moon." Jimmy raised Jade as his own and she called him dad.

In 2008, Sabrina got pregnant. She and Jimmy married at the courthouse in early 2009 before their daughter, Jaleah, was born on March 10. After Jaleah's birth, Jimmy went back to college. He enrolled at Lone Star College to study drafting and architecture. He said he likes to build things with his hands and is good at it, so he hoped to get a better paying job as a result. Jimmy had a hard time keeping up with the younger students, keeping up with the bills, raising a family and

## LAW OFFICE SERVICES, LLC

difficulty getting back into the swing of school. He only completed a semester then returned to his warehousing skills.

Jimmy remains close with his daughters reports that Jade is upset with him right now because of his current legal circumstances. Jaleah also began acting out when Jimmy went into custody on this matter. He reported that he spoke to her about whether she needed counseling or additional help, and Jaleah ended up getting back on track. Jimmy said he feels bad about being in his situation because of how it affects Jaleah. He explained it's hard for him not to know her teachers on a first name basis and to not be involved as a present parent for her. Jimmy said it's also hard for him not to be able to go to her school in person to handle any problems.

In 2011, after Jimmy went to prison, he and Sabrina separated. Even so, Sabrina still brought the kids to visit Jimmy and they've always co-parented. Their divorce was finalized about 3 years ago.

## **CRIMINAL HISTORY**
### Possession of Marijuana
On March 24, 2007, Sabrina and Jade picked Jimmy up from his job as a machine operator to drive Jade to Centerville, TX. They were taking her to meet her father to spend the weekend with him and had rented a car to drive her there. After dropping Jade off, Jimmy was driving with cruise control when a police officer in front of them pulled someone over. Jimmy drove past the traffic stop and, shortly thereafter, another police officer pulled Jimmy over for failing to change lanes or slow down for the traffic stop. Jimmy stated he didn't know that was a law and was told it was a new law.

The police officer told Jimmy he smelled marijuana. Jimmy explained he was in his work uniform which smelled of oil and heavy drilling machinery. Jimmy was asked to step out of the vehicle. The police officer searched the rental car and did not locate anything. Another police officer then searched the trunk of the car and located a soda can with the end of a marijuana joint inside of it. It had been left behind by the last renter.

The police officers informed Jimmy and Sabrina that someone had to be charged. Jimmy took the fall so that Sabrina would be able to bond him out, and to make sure they would be able to pick up Jade on Sunday.

Jimmy retained a lawyer and was going to fight the case. He had multiple court appearances, for which he'd have to drive 2 hours each way. At each hearing, the case was set over and the attorney's bills rose higher. A review of the case file shows 6 court dates were held between the first appearance on August 2, 2007 and October 30, 2008 (Madison County 07191). On October 30, 2008, Jimmy failed to appear and a warrant was issued.

### Possession of Marijuana
On July 24, 2009, Jimmy was pulled over after he picked his car up from the mechanic. He was pulled over for speeding but said his car had been overheating and he was coasting to his apartment very close to where he was pulled over. The Jersey Village police report indicates the officer smelled marijuana in Jimmy's car and located 2 marijuana cigars in the car. The officer also

# LAW OFFICE SERVICES, LLC

determined that Jimmy had an active warrant in the 2007 case and he was taken in on that then extradited to Madison county. Jimmy indicated he was guilty of that charge.

Aggravated Robbery
Defense counsel has indicated that the probation officer will be setting forth the details of that case in the final presentence report. As such this crime is not further discussed herein.

## INJURY & IMPACT
On May 27, 2021, after Jimmy was arrested in Wyoming on this case, he was transported from the Carbon County Jail. The transit van made a stop at another jail in Platte County to pick up another inmate. In the loading garage, an officer instructed the inmates to exit the van to stretch their legs. While shackled at his hands, waist and ankles, Jimmy exited the van, which was parked over a drain. His ankle restraint chain got caught in the drain and caused Jimmy to fall face first to the pavement. He lost consciousness.

Jimmy awoke to a male officer forcefully tugging on the chain to release it from the drain, the act of which caused Jimmy's ankle to break severely. He also suffered lacerations to his right eyebrow and lip. A photograph of that injury is attached to this report as Exhibit B. Jimmy broke bones in his lower leg/ankle. His injury was further complicated by the joint being dislocated and the break being an open fracture, which presented a higher risk of infection.

The injuries required surgery at the Cheyenne Regional Medical Center. Jimmy's first court appearance on this present matter was conducted from his hospital bed, which he was shackled to, after surgery. Jimmy's medical records indicate that he developed respiratory distress after surgery and was found to be in acute pulmonary edema, where one's lungs fill with fluid.

Jimmy's post-surgical care under the USMS has been less than ideal. To date, over 1.5 years later, he requires a wheelchair, walker or cane to get around. In February 2022, Jimmy was taken to the hospital for a physical therapy evaluation at Denver Health Hospital. It was recommended that he receive outpatient physical therapy 3-4 times per month to address several noted issues, such as strength impairments, continuing pain in several areas of the foot, leg and ankle. Jimmy's one and only physical therapy session was in April 2022; he has received no further treatment or care for issues with his prolonged pain.

## BETTERMENT WHILE IN CUSTODY
While at Geo detention facility, Jimmy was informed he needed to lose weight before he could do physical therapy. At 245-250 pounds, they told him to lose 12 pounds. Since about November 2022, Jimmy has lost 60 pounds. He also remains dedicated to improving his overall health, as he continues to practice a few PT techniques he was taught at his one session. Jimmy would greatly benefit from more structured, professional care such as that which a Federal Medical Center could provide.

While in custody, Jimmy has applied himself however possible. He was a tremendous asset and contribution to the investigation of his case. He also completed several programs while at the Geo

4

## LAW OFFICE SERVICES, LLC

facility (the certificates are attached to this report as Exhibit C). Within the last year, Jimmy has been moved from Geo to 5 different facilities all over the state as well as out of state to Nevada Southern Detention Facility. Unfortunately, since Geo, there has been no programming available to Jimmy at the other facilities.

*End of Memo*

# EXHIBIT A



**HOUSTON INDEPENDENT SCHOOL DISTRICT**
HATTIE MAE WHITE EDUCATIONAL SUPPORT CENTER
4400 WEST 18TH STREET * HOUSTON, TEXAS 77092-8501

**Cynthia Nemons**
Manager, Student Records
Federal and State Compliance
Tel. 713-556-6744

## AFFIDAVIT

Records Pertaining To: Jimmy Garrison

Type of Records: Academic

Before me, the undersigned authority, personally appeared **CYNTHIA NEMONS**, Custodian of Records, who, being by me duly sworn, deposed as follows:

My name is **CYNTHIA NEMONS**, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records for the Houston Independent School District, Center for Inactive Student Records.

Attached hereto are _2_ pages of records from this facility. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

ALL ADDITIONAL RECORDS ARE PROVIDED VIA A SUBPOENA.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _14_ day of _November_, _2022_.

ALICIA AGUIRRE
Notary ID #131080391
My Commission Expires
April 6, 2025

_____
NOTARY PUBLIC

# STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD (ACCREDITED)

**TX SCHOLAR**   TAAS Mastery, Exit Level

Full Legal Name: **GARRISON** (Last)   **JIMMY** (First)   **DORSEY** (Middle)

District Name: **HOUSTON INDEPENDENT SCHL DIST.**

Student ID Number: **466955**   SSN/State ID Number: **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**   Sex: **M**   Ethnicity: **BLACK**

Name of School: **EVAN E. WORTHING**   Phone No.: **713-733-3433**

Date of Birth: **12/15/84**   Place of Birth: **HOUSTON**   **TX**

School Address: **9215 SCOTT**   City: **HOUSTON**   State/Zip: **TX 77051**

Parent(s) _X_   or   Guardian(s) Name: **M/M JIMMY D. GARRISON**

Rank **110**   No. in Class **338**   Date of Ranking: **2/21/03**   Quartile **2**   GPA **26.066**

Lives with: **PARENT — M/M JIMMY D. GARRISON**

Current Address: **12223 CAPE HYANNIS**   **HOUSTON**   **TX 77048**

Date of Certificate of Coursework Completion _____   Date Graduated **05/31/03**

Home Phone: **713-733-9134**   Business Phone _____

Last High School Attended _____

Last High School Address _____

Date Entered 9th Grade **8/16/99**   College Board Campus Code Number **441367**   Graduation Program Type _____   End of Course _____

| COURSE CATEGORY | ABBR.COURSE NAME | L | SA | 12 | 34 | CREDIT | ABBR.COURSE NAME | L | SA | 12 | 34 | CREDIT | ABBR.COURSE NAME | L | SA | 12 | 34 | CREDIT | ABBR.COURSE NAME | L | SA | 12 | 34 | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GARRISON JIMM I.D. 466955 | | | | | | GARRISON JIMM I.D. 46695 | | | | | | GARRISON JIMM I.D. 466955 | | | | | | GARRISON JIMM I.D. 466955 | | | | | |
| | TOT912019 | | 9 | 7019 | 99-00 | | TOT912019 | 10 | 7019 | 00-01 | | | TOT912019 | 11 | 7020 | 01-02 | | | TOT912019 | 12 | 7021 | 02-03 | | |
| LANGUAGE ARTS | ENG 1 | A | | 83 | | 0.50 | ENG 2 | B | | 76 | 71 | 0.50 | ENG 3 | A | | 82 | | 0.50 | ENG 4 | A | | 85 | | 0.50 |
| | ENG 1 | B | | 80 | | 0.50 | SP COM | A | | 78 | | 0.5 | ENG 3 | B | | 78 | | 0.50 | ENG 4 | B | | 79 | | 0.50 |
| | | | | | | | PRACT WR | | | 70 | | 0.5 | | | | | | | | | | | | |
| | | | | | | | CREAT WR | | | | 71 | 0.5 | | | | | | | | | | | | |
| SPEECH | | | | | | | | | | | | | | | | | | | | | | | | |
| MATHEMATICS | ALG1-4 | F | | 82 | | 0.50 | GEOM | B | | 84 | 96 | 1.0 | ALG 2 | A | | 90 | | 0.50 | | | | BPO | | 0.5 |
| | ALG1-4 | G | | 81 | | 0.50 | MTHMOD | B | | 90 | 81 | 1.0 | ALG 2 | B | | 72 | | 0.50 | | | | | | |
| | ALG1-4 | H | | 76 | | 0.50 | | | | | | | | | | | | | | | | | | |
| | ALG1-4 | I | | 77 | | 0.50 | | | | | | | | | | | | | | | | | | |
| | BIO | | | 81 | | 0.50 | | | | | | | | | | | | | | | | | | |
| SCIENCE | | | | | | | | | | | | | CHEM | A | | 78 | | 0.50 | IPC | A | | 91 | | 0.50 |
| | | | | | | | | | | | | | CHEM | B | | 67 | | 0.00 | IPC | B | | 88 | | 0.50 |
| | | | | | | | | | | | | | | | | | | | CHEM | B | | 79 | | 0.50 |
| SOCIAL STUDIES | US HIST | A | | 82 | | 0.50 | W GEO | A | | 80 | | 0.5 | W HIST | A | | 87 | | 0.50 | GOVT | | | 70 | | 0.50 |
| | US HIST | B | | 63 | | 0.00 | W GEO | B | | 71 | | 0.5 | W HIST | B | | 72 | | 0.50 | | | | | | |
| | US HIST | B R | | 70 | | 0.53 | | | | | | | | | | | | | | | | | | |
| ECON / FREE ENT. | | | | | | | | | | | | | | | | | | | ECO-FE | | | 77 | | 0.50 |
| HEALTH | | | | | | | | | | | | | HLTH ED | | | 84 | | 0.50 | | | | | | |
| P.E./EQUIVALENT | PE TS | | | 94 | | 0.50 | | | | | | | | | | | | | PE IS3 | | | 70 | | 0.50 |
| | PE TS2 | | | 93 | | 0.50 | | | | | | | | | | | | | PE AOE | | | 80 | | 0.50 |
| OTHER LANGUAGES | SPAN1 | A | | 88 | | 0.50 | SPAN2 | A | | 74 | | 0.5 | SPAN3 | A | H | 91 | | 0.50 | | | | | | |
| | SPAN1 | B | | 84 | | 0.50 | SPAN2 | B | | 80 | | 0.5 | SPAN3 | B | H | 86 | | 0.50 | | | | | | |
| FINE ARTS | | | | | | | | | | | | | | | | | | | ART 1 | A | | 74 | | 0.50 |
| | | | | | | | | | | | | | | | | | | | ART 1 | B | | 86 | | 0.50 |
| | | | | | | | | | | | | | | | | | | | TACS1 | A | | 80 | | 0.50 |
| | | | | | | | | | | | | | | | | | | | TACS1 | B | | 86 | | 0.50 |
| TECH APPL | | | | | | | | | | | | | | | | | | | | | | | | |
| CAREER/TECH ED. | | | | | | | CCO | | | 80 | | 0.50 | ITSC | A | | 80 | | 0.50 | ITSC | A | | 80 | | 0.50 |
| | | | | | | | | | | | | | ITSC | B | | 87 | | 0.50 | | | | | | |
| OTHER ELECTIVES | BIOTECH1A | LH | | 82 | | 0.5 | BIOTECH2A | LH | | 80 | | 0.5 | BIOTECH3A | LH | | 82 | | 0.50 | BIOTECH4A | LH | | 84 | | 0.50 |
| | BIOTECH1B | LH | | 81 | | 0.5 | BIOTECH2B | LH | | 70 | | 0.50 | BIOTECH3B | LH | | 71 | | 0.50 | BIOTECH4B | LH | | 79 | | 0.50 |
| LOCAL CREDIT | | | | | | | | | | | | | PHOTO | | L | | 80 | | 0.50 | | | | | | |

| RANK | CR. 44.00 | 0.0 | GR. 0.0 | | RANK | CR. 38.00 | 0.0 | GR. 8.0 | | RANK | CR. 48.00 | 0.5 | GR. 7.0 | | RANK | CR. 42.00 | 0.0 | GR. 8. | TOTAL CREDITS FOR THE YEAR |
| | | | | | | | | | | | | | | | | TG | | | | |

This is to certify that this is a true and correct copy of the original record maintained in the files or texts

A passing grade is

**GRADES**
- 90-100—A
- 80-89—B
- 75-79—C
- 70-74—D
- 0-69—F

| | Absences Regular School Year **8/16/99** | 2nd Sem | Total | | Absences Regular School Year **8/16/00** | 2nd Sem | Total | | Absences Regular School Year **8/20/01** | 2nd Sem | Total | | Absences Regular School Year **8/19/02** | 1st Term | 2nd Term | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Entered | Withdrew | | | Entered | Withdrew | | | Entered | Withdrew | | School Year | | | |
| | Reason | | | | Reason | | | | Reason | | | Reason | Entered | Withdrew | |
| | | | | | | | | | | | | Reason | | | |
| | Printed in U.S.A. | | | | Printed in U.S.A. | | | | Printed in U.S.A. | | | Printed in U.S.A. | | | |

Note: In the Abbreviated Course Name column, space is provided to the right of the dashed line for the Hi-Honors Courses; P=Advanced Placement Courses; E=Advanced Placement Examination; I=International Baccalaureate Courses; R=Summer School Courses; S=Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; X=Innovative Courses approved for state credit; M=Magnet Courses approved for specific campuses; C=Correspondence Course from approved institution; L=Local Credit only; T=Credit by exam; D=High School Credit for college course; A=Articulated credit between high school/college named on reverse side; G=G/T; J=HS Cred. Crs. for grds. 7-8; N=Nights School; Z=Long DIST/TV Crs; K=Pre-International Baccalaureate; Q=Pre-Advanced Placement; Others*

**K = PRE INTERNATNL BACCALAUREATE   Q = PRE ADVANCED PLACEMENT**

| | |
|---|---|
| LAST **GARRISON** | FIRST **JIMMY** | M.I. **D** |

TEST DATE **JAN03**   GRADE **12**

SAT: - V **270**   SAT: - M **370**

SAT Program
The College Board

**STANDARDIZED TEST / TAAS RESULTS**

**C O N F I D E N T I A L**
**TEXAS END-OF-COURSE - BIOLOGY**
TEST DATE: SPRING 2000
STUDENT: GARRISON JIMMY D
STUDENT-ID (PEIMS): 451717211 DOB: 12/15/84
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 019 WORTHING H S
GRADE: 09

| | SCALE SCORE | PASS |
|---|---|---|
| BIOLOGY | 1610 | YES |

**C O N F I D E N T I A L**
**TEXAS END-OF-COURSE - U.S. HISTORY**
TEST DATE: SPRING 2000
STUDENT: GARRISON JIMMY D
STUDENT-ID (PEIMS): 451717211 DOB: 12/15/84
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 019 WORTHING H S
GRADE: 09

| | SCALE SCORE | PASS |
|---|---|---|
| U.S. HISTORY | 1480 | NO |

**C O N F I D E N T I A L**
**TEXAS END-OF-COURSE—CUMULATIVE LABEL**
STUDENT: GARRISON JIMMY
STUDENT-ID (PEIMS): 451717211 DOB: 12/15/84
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 019 WORTHING H S

| | SCALE SCORE | PASS | TEST DATE |
|---|---|---|---|
| ENGLISH II | 1350 | NO | SPRING 2001 |
| ALGEBRA I | 1470 | NO | APRIL 2000 |
| BIOLOGY | 1610 | YES | APRIL 2000 |
| U.S. HISTORY | 1480 | NO | APRIL 2000 |

**C O N F I D E N T I A L**
**TEXAS END-OF-COURSE - ENGLISH II**
TEST DATE: SPRING 2001
STUDENT: GARRISON JIMMY
STUDENT-ID (PEIMS): 451717211 DOB: 12/15/84
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 019 WORTHING H S
GRADE: 10

| | SCALE SCORE | PASS |
|---|---|---|
| ENGLISH II | 1350 | NO |

**C O N F I D E N T I A L**
**TEXAS END-OF-COURSE - ALGEBRA I**
TEST DATE: SPRING 2000
STUDENT: GARRISON JIMMY D
STUDENT-ID (PEIMS): 451717211 DOB: 12/15/84
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 019 WORTHING H S
GRADE: 09

| | SCALE SCORE | PASS |
|---|---|---|
| ALGEBRA I | 1470 | NO |

**TAAS C O N F I D E N T I A L**
**EXIT LEVEL CUMULATIVE LABEL**   GRADE
STUDENT: GARRISON JIMMY D
STUDENT-ID (PEIMS): 451717211 DOB: 12/15/84
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 019 WORTHING H S   **11**

| | SCALE SCORE | TLI | MET MIN. EXPECT. | TEST DATE |
|---|---|---|---|---|
| WRITING | 1525 | | YES | 02/01 |
| READING | | X-71 | YES | 07/01 |
| MATH | | X-82 | YES | 07/01 |

This is to certify that this is a true and
correct copy of an original student record.
Manager, Student Records

NOV 1 4 2022

| Last **GARRISON** | | First **JIMMY** | | M.I. |
|---|---|---|---|---|
| | Scores | Percentiles | | |
| Verbal | 30 | 4 | Year | 01 |
| Math | 36 | 11 | Grade | 11 |
| Writing Skills | 33 | 3 | Optional Code | |
| Selection Index | 99 | 4 | School Code | 443367 |

PSAT/NMSQT

Academic Achievement Record Sent:

| Requesting Agency | Date Sent |
|---|---|
| Personal | 12/18/02 |
| Student (2) | 2/21/07 |

Academic Achievement Record Sent:

| Requesting Agency | Date Sent |
|---|---|
| | |

Honors / Activities

Special Comments

**STANFORD** Achievement Test Series, Ninth Edition

**EXHIBIT B**



**EXHIBIT C**



# Certificate of Completion

## THIS ACKNOWLEDGES THAT

## Jimmy Garrison

### HAS PARTICIPATED IN COURSES FOR SELF IMPROVEMENT IN

### SUBSTANCE ABUSE

THE GEO GROUP INC. PROGRAMS
DEPARTMENT

NOVEMBER 16, 2021

# Certificate of Completion

## THIS ACKNOWLEDGES THAT

# Jimmy Garrison

## HAS PARTICIPATED IN COURSES FOR SELF IMPROVEMENT IN

## AA

THE GEO GROUP INC. PROGRAMS DEPARTMENT

NOVEMBER 16, 2021

# Certificate of Completion

## THIS ACKNOWLEDGES THAT

# Jimmy Garrison

### HAS PARTICIPATED IN COURSES FOR SELF IMPROVEMENT IN

## COPING SKILLS FOR RELAPSE PREVENTION

THE GEO GROUP INC. PROGRAMS
DEPARTMENT

NOVEMBER 17, 2021



*Certificate of Completion*

THIS ACKNOWLEDGES THAT

*Jimmy Garrison*

HAS PARTICIPATED IN COURSES FOR SELF
IMPROVEMENT IN

ANGER MANAGEMENT

THE GEO GROUP INC. PROGRAMS
DEPARTMENT

NOVEMBER 17, 2021



*Certificate of Completion*

THIS ACKNOWLEDGES THAT

*Jimmy Garrison*

HAS PARTICIPATED IN COURSES FOR SELF
IMPROVEMENT IN
LIFE SKILLS

THE GEO GROUP INC. PROGRAMS
DEPARTMENT

NOVEMBER 24, 2021



# Certificate of Completion

## THIS ACKNOWLEDGES THAT

# Jimmy Garrison

## HAS PARTICIPATED IN COURSES FOR SELF IMPROVEMENT IN

# PARENTING

THE GEO GROUP INC. PROGRAMS DEPARTMENT

DECEMBER 1, 2021



*Certificate of Completion*

THIS ACKNOWLEDGES THAT

*Jimmy Garrison*

HAS PARTICIPATED IN COURSES FOR SELF
IMPROVEMENT IN
*SELF STUDY*

THE GEO GROUP INC. PROGRAMS
DEPARTMENT

DECEMBER 1, 2021



# Certificate of Completion
## THIS ACKNOWLEDGES THAT

# Jimmy Garrison

## HAS PARTICIPATED IN COURSES FOR SELF IMPROVEMENT IN
## PREP FOR GETTING OUT

THE GEO GROUP INC. PROGRAMS
DEPARTMENT

DECEMBER 1, 2021