IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 21-cr-00014-PAB
Courtroom Deputy: Sabrina Grimm
Probation Officer:   Meaghan Mills

Date:  February 10, 2023
Court Reporter:  Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Brian Dunn |
| Plaintiff, | |
| v. | |
| 1.  JIMMY GARRISON, | James Castle |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**10:01 a.m.   Court in session.**

Appearances of counsel.  Defendant present in custody.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Garrison.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant shall be imprisoned for 84 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 5 years.**

**ORDERED:**   Conditions of Supervised Release, as stated on record.

**ORDERED:**   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**   Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment.  Interest on restitution is waived.

Defendant advised of right to appeal.

**ORDERED:**   United States' Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [197] is GRANTED.

**ORDERED:**   United States' Motion to Dismiss Count 1 of the Superseding Indictment [198] is GRANTED.  Count 1 of the Superseding Indictment is dismissed as to Jimmy Garrison only.

**ORDERED:**   Defendant is remanded to the custody of the U. S. Marshal.

**10:42 a.m.**   Court in recess.

Hearing concluded.
Total time in court:   00:41