IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00014-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Count 1 of the Superseding Indictment [Docket No. 198]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the United States' Motion to Dismiss Count 1 of the Superseding Indictment [Docket No. 198] is granted. It is further

**ORDERED** that Count 1 of the superseding indictment is dismissed.

DATED February 13, 2023.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              Chief United States District Judge