IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Criminal Action No. 1:21-cr-00014-PAB-1

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JIMMY GARRISON,**

    Defendant

---

### NOTICE OF APPEAL

---

    Notice is hereby given that Jimmy Garrison, in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment [Doc. 203] entered in this action on the 15th day of February 2023.

Respectfully submitted,

s/James Castle
James Castle, No. #14026
CASTLE & CASTLE, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
jcastlelaw@gmail.com

### CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of February 2023, I served a true and correct copy of the foregoing Notice of Appeal via CM/ECF.

    s/James Castle
    James Castle