APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:21–cr–00014–PAB–1

Case title: USA v. Garrison et al

Date Filed: 02/02/2021

Date Terminated: 02/15/2023

---

Assigned to: Chief Judge Philip A. Brimmer

**Defendant (1)**

| | | |
|---|---|---|
| **Jimmy Garrison**<br>*TERMINATED: 02/15/2023* | represented by | **Daniel Joseph Sears**<br>Daniel J. Sears, P.C.<br>999 18th Street<br>Suite 3000<br>Denver, CO 80202<br>303–357–4639<br>Fax: 303–297–2536<br>Email: djsearspc@aol.com<br>*TERMINATED: 10/31/2022*<br>*Designation: Retained* |
| | | **James Andrew Castle**<br>Castle & Castle, PC<br>1544 Race Street<br>Denver, CO 80206<br>303–675–0500<br>Fax: 303–329–5500<br>Email: jcastlelaw@gmail.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Jared Scott Westbroek**<br>Federal Public Defender's Office<br>Districts of Colorado and Wyoming<br>633 17th Street<br>Suite 1000<br>Denver, CO 80202<br>303–294–7002<br>Fax: 303–294–1192<br>Email: jared_westbroek@fd.org<br>*TERMINATED: 04/01/2022*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 USC § 924(c)(1)(A)(ii)– Brandishing a Firearm in Furtherance of a Crime of violence (2s) | Imprisonment: 84 months. Supervised Release: 5 years. Special Assessment: $100. Total Restitution: $359,400.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| | Dismissed |

18 USC § 1951 – Robbery
Affecting Commerce
(1)

18 USC § 1951 Robbery Affecting
Commerce                                          Dismissed
(1s)

18 USC § 924(c)(1)(A)(ii),
Brandishing a Firearm in
Furtherance of a Crime of violence               Dismissed
(2)

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

**USA**                              represented by   **Brian Michael Dunn**
                                                      U.S. Attorney's Office
                                                      District of Colorado
                                                      1801 California Street
                                                      Suite 1600
                                                      Denver, CO 80202
                                                      303–454–0319
                                                      Email: brian.dunn@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Federal Agency Attorney*

                                                      **Albert C. Buchman**
                                                      U.S. Attorney's Office
                                                      1801 California Street
                                                      Suite 1600
                                                      Denver, CO 80202
                                                      303–454–0228
                                                      Email: al.buchman@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Federal Agency Attorney*

                                                      **Kurt J. Bohn**
                                                      U.S. Attorney's Office
                                                      District of Colorado
                                                      1801 California Street
                                                      Suite 1600
                                                      Denver, CO 80202
                                                      303–454–0100
                                                      Fax: 303–454–0407
                                                      Email: kurt.bohn@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2023 | 206 | NOTICE OF APPEAL as to 203 Judgment, by Jimmy Garrison. (Castle, James) (Entered: 02/28/2023) |

| 02/15/2023 | 204 | STATEMENT OF REASONS as to Jimmy Garrison. (sgrim) (Entered: 02/15/2023) |
|---|---|---|
| 02/15/2023 | 203 | JUDGMENT by Chief Judge Philip A. Brimmer on 2/15/23 as to defendant Jimmy Garrison (1). Count 2s – Imprisonment: 84 months. Supervised Release: 5 years. Special Assessment: $100. Total Restitution: $359,400.00. Counts 1, 1s, 2 dismissed. (sgrim, ) (Entered: 02/15/2023) |
| 02/13/2023 | 202 | ORDER as to Jimmy Garrison by Chief Judge Philip A. Brimmer on 2/13/2023, re: 198 United States' Motion to Dismiss Count 1 of the Superseding Indictment is **GRANTED**. (jtorr, ) (Entered: 02/13/2023) |
| 02/10/2023 | 200 | COURTROOM MINUTES for Sentencing held on 2/10/2023 as to defendant Jimmy Garrison before Chief Judge Philip A. Brimmer. ORDERED: United States' Motion to Grant the Defendant an Additional One–Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) 197 is GRANTED. United States' Motion to Dismiss Count 1 of the Superseding Indictment 198 is GRANTED. Count 1 of the Superseding Indictment is dismissed as to Jimmy Garrison only. Defendant sentenced as reflected on the record. Court Reporter: Janet Coppock. (sgrim) (Entered: 02/10/2023) |
| 02/08/2023 | 198 | MOTION to Dismiss Counts *1* by USA as to Jimmy Garrison. (Dunn, Brian) (Entered: 02/08/2023) |
| 02/08/2023 | 197 | MOTION for Decrease for Acceptance of Responsibility by USA as to Jimmy Garrison. (Dunn, Brian) (Entered: 02/08/2023) |
| 02/01/2023 | 189 | RESTRICTED ADDENDUM to Presentence Report 188 as to Jimmy Garrison (tfont) (Entered: 02/01/2023) |
| 02/01/2023 | 188 | RESTRICTED PRESENTENCE REPORT as to Jimmy Garrison (Attachments: # 1 Exhibit A, # 2 Exhibit B)(tfont) (Entered: 02/01/2023) |
| 01/30/2023 | 185 | SENTENCING STATEMENT by Jimmy Garrison (Attachments: # 1 Appendix)(Castle, James) (Entered: 01/30/2023) |
| 01/27/2023 | 184 | ORDER by Chief Judge Philip A. Brimmer on 1/27/2023 as to Jimmy Garrison (1)re: 183 Motion for Extension of Time to File is GRANTED. Text Only Entry (pabsec, ) (Entered: 01/27/2023) |
| 01/27/2023 | 183 | Unopposed MOTION for Extension of Time to File *Sentencing Statement* by Jimmy Garrison. (Castle, James) (Entered: 01/27/2023) |
| 01/25/2023 | 182 | MOTION for Discovery by Justin White as to Jimmy Garrison, David Taylor, Jamarius Jones, Justin White. (Moses, Lisa) (Entered: 01/25/2023) |
| 01/11/2023 | 178 | ORDER as to Jimmy Garrison by Chief Judge Philip A. Brimmer on 1/11/2023, re: 174 United States' Motion for Preliminary Order of Forfeiture for Personal Money Judgment. (jtorr, ) (Entered: 01/11/2023) |
| 01/10/2023 | 177 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 1/10/2023 as to Jimmy Garrison. The Sentencing Hearig is re–set for 2/10/2023 at 10:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Text Only Entry (pabsec, ) (Entered: 01/10/2023) |
| 01/09/2023 | 176 | ORDER by Chief Judge Philip A. Brimmer on 1/09/2023 as to Jimmy Garrison (1) re: 175 Motion to Continue is **GRANTED**. The Sentencing Hearing set for January 20, 2023 is **VACATED**. Counsel shall jointly contact Chambers via conference call (303–335–2794) or email (Brimmer_Chambers@cod.uscourts.gov) no later than **January 11, 2023** to reschedule the sentencing hearing. Text Only Entry (pabsec, ) (Entered: 01/09/2023) |
| 01/06/2023 | 175 | Unopposed MOTION to Continue *Sentencing* by Jimmy Garrison. (Castle, James) (Entered: 01/06/2023) |
| 01/04/2023 | 174 | MOTION for Forfeiture of Property *FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT* by USA as to Jimmy Garrison. (Attachments: # 1 Proposed Order (PDF Only))(Bohn, Kurt) (Entered: 01/04/2023) |
| 12/16/2022 | 172 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Jimmy Garrison (Attachments: # 1 Exhibit A, # 2 Exhibit B)(dbarri) (Entered: 12/16/2022) |

| 10/31/2022 | 160 | ORDER by Chief Judge Philip A. Brimmer on 10/31/2022, re: 159 Motion for Permission to Withdraw from Further Representation is **GRANTED**. It is further **ORDERED** that attorney Daniel J. Sears' representation of the defendant Jimmy Garrison is terminated. (jtorr, ) (Entered: 10/31/2022) |
|---|---|---|
| 10/30/2022 | 159 | MOTION to Withdraw as Attorney by Daniel J. Sears by Jimmy Garrison. (Sears, Daniel) (Entered: 10/30/2022) |
| 10/28/2022 | 158 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Jimmy Garrison (kmyha, ) (Entered: 10/28/2022) |
| 10/28/2022 | 157 | PLEA AGREEMENT as to Jimmy Garrison (kmyha, ) (Entered: 10/28/2022) |
| 10/28/2022 | 156 | COURTROOM MINUTES for change of Plea as to Jimmy Garrison held on 10/28/2022 before Chief Judge Philip A. Brimmer. Plea entered by Jimmy Garrison (1) Guilty Count 2s. Sentencing set for 1/20/2023 09:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Court Reporter: Janet Coppock. (kmyha, ) (Entered: 10/28/2022) |
| 10/17/2022 | 151 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 10/17/2022 as to Jimmy Garrison re 147 Notice of Disposition. The Change of Plea Hearing set for **10/28/2022 at 1:30 PM** in Courtroom A 701 before Chief Judge Philip A. Brimmer. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to Brimmer_Chambers@cod.uscourts.gov no later than 48 hours before the change of plea hearing. The motion/James hearing set for 12/15/22, the trial preparation conference set for 1/06/23, and the jury trial set for 1/09/23 are **VACATED** as to defendant Jimmy Garrison. Text Only Entry (pabsec, ) (Entered: 10/17/2022) |
| 10/14/2022 | 148 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 10/14/2022 as to Jimmy Garrison re 147 Notice of Disposition. Counsel shall jointly contact Chambers via conference call (303–335–2794) or email (Brimmer_Chambers@cod.uscourts.gov) no later than **October 18, 2022** to schedule the change of plea hearing. Text Only Entry (pabsec, ) (Entered: 10/14/2022) |
| 10/14/2022 | 147 | NOTICE of Disposition by Jimmy Garrison (Castle, James) (Entered: 10/14/2022) |
| 10/12/2022 | 145 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 10/12/2022. The government and Justin White shall respond to Jimmy Garrison's 141 MOTION to Sever on or before **October 18, 2022**. Mr. White's 144 Motion for Ends of Justice Continuance has two different exclusion times (120 days and 90 days). On or before **October 18, 2022**, Mr. White shall indicate how many days he is requesting the Court to exclude from the speedy trial calculation. Text Only Entry (pabsec, ) (Entered: 10/12/2022) |
| 10/04/2022 | 143 | Exhibits B & C to 141 MOTION to Sever Defendant by Jimmy Garrison. (Attachments: # 1 Exhibit)(Sears, Daniel) Modified on 10/5/2022 to edit document title, add linkage and remove gavel. (sphil, ). (Entered: 10/04/2022) |
| 10/04/2022 | 142 | Exhibit A to 141 MOTION to Sever Defendant by Jimmy Garrison. (Sears, Daniel) Modified on 10/5/2022 to add document title, linkage and remove gavel. (sphil, ). (Entered: 10/04/2022) |
| 10/04/2022 | 141 | MOTION to Sever Defendant by Jimmy Garrison. (Sears, Daniel) (Entered: 10/04/2022) |
| 10/04/2022 | 140 | ORDER by Chief Judge Philip A. Brimmer on 10/04/2022 as to Jimmy Garrison (1) re: 139 Motion for Leave to File Excess Pages is GRANTED. Defendant shall not exceed 16 pages for the motion to sever. Text Only Entry (pabsec, ) (Entered: 10/04/2022) |
| 10/04/2022 | 139 | MOTION for Leave to File Excess Pages by Jimmy Garrison. (Sears, Daniel) (Entered: 10/04/2022) |
| 10/04/2022 | 138 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 10/04/2022 as to Jimmy Garrison. The James hearing set for December 9, 2022 is VACATED. A 5 hour **James Hearing/Motion Hearing** is set for **12/15/2022 at 9:00 AM** in Courtroom A 701 before Chief Judge Philip A. Brimmer. ext Only Entry (pabsec, ) (Entered: 10/04/2022) |

| 10/03/2022 | 137 | MOTION to Suppress *Unlawfully Obtained Evidence (Unlawful Stop and Detention and Seizure of Garrison's iPhone) and Request for Evidentiary Hearing* by Jimmy Garrison. (Attachments: # 1 Appendix A)(Castle, James) (Entered: 10/03/2022) |
|---|---|---|
| 10/03/2022 | 136 | MOTION to Suppress *Unlawfully Obtained Evidence (Cell Phone Records) and Request for Evidentiary Hearing* by Jimmy Garrison. (Attachments: # 1 Appendix A)(Castle, James) (Entered: 10/03/2022) |
| 09/28/2022 | 135 | REPLY TO RESPONSE to Motion by Jimmy Garrison re 132 MOTION for Disclosure *of Rule 404(b) Evidence* (Sears, Daniel) (Entered: 09/28/2022) |
| 09/27/2022 | 134 | RESPONSE in Opposition by USA as to Jimmy Garrison re 132 MOTION for Disclosure (Dunn, Brian) (Entered: 09/27/2022) |
| 09/23/2022 | 133 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 9/23/2022 as to Jimmy Garrison. The government shall respond to defendant's 132 MOTION for Disclosure on or before **September 27, 2022**. Text Only Entry (pabsec, ) (Entered: 09/23/2022) |
| 09/22/2022 | 132 | MOTION for Disclosure by Jimmy Garrison. (Attachments: # 1 Exhibit)(Sears, Daniel) (Entered: 09/22/2022) |
| 08/09/2022 | 118 | NOTICE of Change of Address/Contact Information *Tyrone@tyroneglover.com* (Glover, A.) (Entered: 08/09/2022) |
| 07/22/2022 | 117 | TRANSCRIPT of Change of Plea as to Jimmy Garrison, David Taylor, Jamarius Jones, Justin White held on 6/17/2022 before Judge Brimmer. Pages: 1–24.<br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 07/22/2022) |
| 07/12/2022 | 116 | ORDER by Chief Judge Philip A. Brimmer on 7/12/2022, re: 104 Motion to Restrict as to Jimmy Garrison (1) is **GRANTED**. **ORDERED** that Docket Nos. 103 and 105 shall be restricted under restriction level 3 until further order of this Court. (sphil, ) (Entered: 07/12/2022) |
| 06/13/2022 | 111 | ORDER by Chief Judge Philip A. Brimmer on 6/13/2022, re: 90 defendant Justin Whites Motion for an Ends of Justice Continuance and Extension of Deadline to File Pretrial Motions, Motion Hearing, and Trial is **GRANTED**. **ORDERED** that the pretrial motions deadline, currently set for July 6, 2022, as well as the response deadline, currently set for July 13, 2022, are VACATED. All pretrial motions for all defendants shall be filed by **October 27, 2022** and responses to these motions shall be filed by **November 3, 2022**. **ORDERED** that a two–hour James hearing is set for **December 9, 2022 at 9:00 a.m. ORDERED** that the Trial Preparation Conference currently scheduled for August 26, 2022 at 1:30 p.m. as well as the trial, currently scheduled to begin on August 29, 2022 at 8:00 a.m., are VACATED. The Trial Preparation Conference will be rescheduled for **January 6, 2023 at 3:30 p.m.** and the trial is RESET for **January 9, 2023 at 8:00 a.m. for four days**. (sphil, ) (Entered: 06/13/2022) |
| 06/13/2022 | 110 | NOTICE OF ATTORNEY APPEARANCE: James Andrew Castle appearing for Jimmy GarrisonAttorney James Andrew Castle added to party Jimmy Garrison(pty:dft) (Castle, James) (Entered: 06/13/2022) |
| 06/03/2022 | 105 | RESTRICTED DOCUMENT – Level 3: by Jimmy Garrison. (Sears, Daniel) (Entered: 06/03/2022) |
| 06/03/2022 | 104 | MOTION for Leave to Restrict by Jimmy Garrison. (Sears, Daniel) (Entered: 06/03/2022) |

| 06/03/2022 | 103 | RESTRICTED DOCUMENT – Level 3: by Jimmy Garrison. (Sears, Daniel) (Entered: 06/03/2022) |
|---|---|---|
| 06/02/2022 | 102 | RESTRICTED DOCUMENT – Level 3: as to Jimmy Garrison. (sphil, ) (Entered: 06/02/2022) |
| 06/02/2022 | 101 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 6/02/2022. Defendants Jimmy Garrison and David Taylor shall respond to defendant Justin White's 90 Unopposed Motion to Continue *Due to Ends of Justice* on or before **June 6, 2022**. Text Only Entry (pabsec, ) (Entered: 06/02/2022) |
| 06/02/2022 | 100 | MOTION for Disclosure *of Co−conspirator declarations* by Jimmy Garrison. (Sears, Daniel) (Entered: 06/02/2022) |
| 05/31/2022 | 99 | ORDER by Chief Judge Philip A. Brimmer on 5/31/2022, re: 93 Motion to Restrict is **GRANTED. ORDERED** that Docket Nos. 92 and 92−1 shall be restricted under restriction level 3 until further order of this Court.. (sphil, ) (Entered: 05/31/2022) |
| 05/26/2022 | 94 | MOTION for Disclosure by Jimmy Garrison. (Sears, Daniel) (Entered: 05/26/2022) |
| 05/24/2022 | 93 | MOTION for Leave to Restrict by Jimmy Garrison. (Sears, Daniel) (Entered: 05/24/2022) |
| 05/24/2022 | 92 | RESTRICTED DOCUMENT – Level 3: by Jimmy Garrison. (Attachments: # 1 Exhibit)(Sears, Daniel) (Entered: 05/24/2022) |
| 05/20/2022 | 91 | ORDER by Chief Judge Philip A. Brimmer on 5/20/2022, re: 86 Motion to Restrict is **GRANTED. ORDERED** that Docket No. 85 shall be restricted under restriction level 3 until further order of this Court.. (sphil, ) (Entered: 05/20/2022) |
| 05/13/2022 | 86 | MOTION for Leave to Restrict by Jimmy Garrison. (Sears, Daniel) (Entered: 05/13/2022) |
| 05/13/2022 | 85 | RESTRICTED DOCUMENT – Level 3: by Jimmy Garrison. (Sears, Daniel) (Entered: 05/13/2022) |
| 04/05/2022 | 65 | NOTICE OF ATTORNEY APPEARANCE: Daniel Joseph Sears appearing for Jimmy GarrisonAttorney Daniel Joseph Sears added to party Jimmy Garrison(pty:dft) (Sears, Daniel) (Entered: 04/05/2022) |
| 04/01/2022 | 64 | ORDER APPOINTING CJA COUNSEL as to Jimmy Garrison, by Chief Judge Philip A. Brimmer on 4/1/22. Text Only Entry (sgrim) (Entered: 04/01/2022) |
| 04/01/2022 | 63 | COURTROOM MINUTES for Motion Hearing as to Jimmy Garrison held on 4/1/2022 before Chief Judge Philip A. Brimmer. ORDERED: Defendant's Motion to Withdraw as Counsel and for Appointment of Counsel from the CJA Panel 59 is GRANTED. Attorney Jared Westbroek is relieved of any further representation. Court appoints CJA counsel. Defendant's Pro se Omnibus Motion 61 shall be held under Restriction Level 1. Court Reporter: Sarah Mitchell. (sgrim) (Entered: 04/01/2022) |
| 03/29/2022 | 62 | NOTICE OF ATTORNEY APPEARANCE Albert C. Buchman appearing for USA. Attorney Albert C. Buchman added to party USA(pty:pla) (Buchman, Albert) (Entered: 03/29/2022) |
| 03/18/2022 | 61 | Pro se Omnibus Motion and BRIEF by Jimmy Garrison re: 59 MOTION to Withdraw as Attorney *and for Appointment of Counsel from the CJA Panel* by Jared Westbroek filed by Jimmy Garrison. (sphil, ) Modified on 4/1/2022 to restrict pursuant to 63 . (sgrim) (Entered: 03/21/2022) |
| 03/14/2022 | 60 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 3/14/2022 as to Jimmy Garrison re 59 Motion to Withdraw as Attorney. The Motion Hearing is set for 4/1/2022 at 3:30 PM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Text Only Entry (pabsec, ) (Entered: 03/14/2022) |
| 03/10/2022 | 59 | MOTION to Withdraw as Attorney *and for Appointment of Counsel from the CJA Panel* by Jared Westbroek by Jimmy Garrison. (Westbroek, Jared) (Entered: 03/10/2022) |
| 03/08/2022 | 58 | ORDER by Chief Judge Philip A. Brimmer on 3/8/2022, re: 57 Jimmy Garrisons Unopposed Motion to Exclude 120 Days from the Speedy Trial Calculation and |

| | | Continue Motions Filing Deadline is **GRANTED**. **ORDERED** that all pretrial motions shall be filed by **July 6, 2022** and responsesto these motions shall be filed by **July 13, 2022**. **ORDERED** that the Trial Preparation Conference currently scheduled for April 8, 2022 at 2:30 p.m. as well as the trial, currently scheduled to begin on April 11, 2022 at 8:00 a.m., are VACATED. The Trial Preparation Conference will be rescheduled for **August 26, 2022 at 1:30 p.m.** and the trial is RESET for **August 29, 2022 at 8:00 a.m. for four days**. **ORDERED** that 120 days from March 16, 2022 shall be excluded from the computation of the speedy trial deadlines under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161 – 3174. (sphil, ) (Entered: 03/08/2022) |
|---|---|---|
| 03/07/2022 | 57 | Unopposed MOTION to Exclude *120 Days from the Speedy Trial Calculation and Continue Motions Filing Deadline* by Jimmy Garrison. (Westbroek, Jared) (Entered: 03/07/2022) |
| 02/01/2022 | 52 | MINUTE ORDER as to Jimmy Garrison, David Taylor, Jamarius Jones. Due to a Clerk's Office error, the re–arraignments set for today are not needed and the hearings are VACATED. SO ORDERED by Magistrate Judge S. Kato Crews on 2/1/2022. Text Only Entry (amont, ) (Entered: 02/01/2022) |
| 01/18/2022 | 48 | MINUTE ORDER as to Jimmy Garrison, David Taylor, and Jamarius Jones. Pursuant to 45 SUPERSEDING Indictment, Re–Arraignment set for 2/1/2022 10:00 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. Text Only Entry. (sphil, ) (Entered: 01/19/2022) |
| 01/18/2022 | 47 | RESTRICTED DOCUMENT – Level 4: as to Jimmy Garrison, David Taylor, Jamarius Jones, Justin White. (sphil, ) (Entered: 01/19/2022) |
| 01/18/2022 | 45 | SUPERSEDING INDICTMENT as to Jimmy Garrison (1) count(s) 1s, 2s, David Taylor (2) count(s) 1s, 3s, Jamarius Jones (3) count(s) 1s, 4s, Justin White (4) count(s) 1, 5. (Attachments: # 1 Criminal Information Sheet Garrison, # 2 Criminal Information Sheet Taylor, # 3 Criminal Information Sheet Jones, # 4 Criminal Information Sheet White) (sphil, ) (Entered: 01/19/2022) |
| 11/15/2021 | 44 | ORDER by Chief Judge Philip A. Brimmer on 11/15/2021, re: [40, 41] Unopposed MOTION to Exclude 120 Days from Speedy Trial Calculation and Continue Motions Filing Deadline is **GRANTED**. **ORDERED** that the pretrial motions deadline, currently set for November 8, 2021, as well as the response deadline, currently set for November 15, 2021, are VACATED. All pretrial motions shall be filed by **March 8, 2022** and responses to these motions shall be filed by **March 15, 2022**. **ORDERED** that the Trial Preparation Conference currently scheduled for December 30, 2021 at 1:30 p.m. as well as the trial, currently scheduled to begin on January 3, 2022 at 8:00 a.m., are VACATED. The Trial Preparation Conference will be rescheduled for **April 8, 2022 at 2:30 p.m.** and the trial is RESET for **April 11, 2022 at 8:00 a.m. for four days**. **ORDERED** that 120 days from November 16, 2021 shall be excluded from the computation of the speedy trial deadlines under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161 – 3174. (sphil, ) (Entered: 11/15/2021) |
| 11/08/2021 | 40 | Unopposed MOTION to Exclude *120 Days from the Speedy Trial Calculation and Continue Motions Filing Deadline* by Jimmy Garrison. (Westbroek, Jared) (Entered: 11/08/2021) |
| 07/19/2021 | 39 | ORDER by Chief Judge Philip A. Brimmer on 7/19/2021, re: 32 Motion to Continue as to Jimmy Garrison (1) is **GRANTED**. **ORDERED** that the pretrial motions deadline, currently set for July 9, 2021, as well as the response deadline, currently set for July 16, 2021, are VACATED. All pretrial motions shall be filed by **November 8, 2021** and responses to these motions shall be filed by **November 15, 2021**. **ORDERED** that the Trial Preparation Conference currently set for August 13, 2021 at 2:30 p.m. as well as the trial, currently scheduled to begin on August 16, 2021 at 8:00 a.m., are VACATED. The Trial Preparation Conference will be rescheduled for **December 30, 2021 at 1:30 p.m.** and the trial is RESET for **January 3, 2022 at 8:00 a.m. for four days**. **ORDERED** that 120 days from the date of this order shall be excluded from the computation of the speedy trial deadlines under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161 – 3174.. (sphil, ) (Entered: 07/19/2021) |
| 07/09/2021 | 36 | RESPONSE in Support by David Taylor as to Jimmy Garrison, David Taylor, Jamarius Jones re 32 MOTION to Continue (Glover, A.) (Entered: 07/09/2021) |

| | | |
|---|---|---|
| 07/07/2021 | 34 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 7/07/2021. Defendants David Taylor and Jamarius Jones shall respond to defendant Jimmy Garrison's <u>32</u> Unopposed Motion to Exclude 120 Days form the Speedy Trial Calculation on or before **July 9, 2021**. Text Only Entry (pabsec2) (Entered: 07/07/2021) |
| 07/06/2021 | <u>33</u> | ORDER by Chief Judge Philip A. Brimmer on 7/6/2021, re: <u>31</u> government's Motion to Unrestrict Search Warrants In the Case as to Jimmy Garrison (1), David Taylor (2), Jamarius Jones (3) is **GRANTED**. **ORDERED** that the Clerk's Office shall un−restrict the filing restrictions on the search warrant cases listed in Exhibit A to the government's motion. (sphil, ) (Entered: 07/06/2021) |
| 07/02/2021 | <u>32</u> | Unopposed MOTION to Exclude *120 Days from the Speedy Trial Calculation and Continue Motions Filing Deadline* by Jimmy Garrison. (Westbroek, Jared) (Entered: 07/02/2021) |
| 06/29/2021 | <u>31</u> | MOTION for Order *TO UNRESTRICT SEARCH WARRANTS IN THE CASE* by USA as to Jimmy Garrison, David Taylor, Jamarius Jones. (Attachments: # <u>1</u> Proposed Document, # <u>2</u> Proposed Order (PDF Only))(Dunn, Brian) (Entered: 06/29/2021) |
| 06/21/2021 | <u>30</u> | ORDER Setting Trial Dates and Deadlines as to Jimmy Garrison, David Taylor, Jamarius Jones by Chief Judge Philip A. Brimmer on 6/21/2021. Motions due by 7/9/2021. Responses due by 7/16/2021. A four−day Jury Trial set for 8/16/2021 08:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Trial Preparation Conference set for 8/13/2021 at 02:30 PM in Courtroom A 701 before Chief Judge Philip A. Brimmer. **ORDERED** that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than **seven days** before the deadline, or any extended deadline, for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing. Disclosures regarding rebuttal expert witnesses shall be made **one week** after the deadline for filing pretrial motions and any challenges to such experts shall be made **no later than two weeks** after the pretrial motions deadline. (sphil, ) (Entered: 06/21/2021) |
| 06/15/2021 | <u>16</u> | ORDER OF DETENTION as to Jimmy Garrison, by Magistrate Judge Nina Y. Wang on 6/15/21. (nmarb, ) (Entered: 06/15/2021) |
| 06/15/2021 | <u>15</u> | Discovery Conference Memorandum and Order by Magistrate Judge Nina Y. Wang on 6/15/2021. Estimated Trial Time − More than 5 days as to 3 defendants including Jimmy Garrison. (bwilk, ) (Entered: 06/15/2021) |
| 06/15/2021 | 14 | COURTROOM MINUTES for Arraignment, Discovery, and Detention as to Jimmy Garrison held on 6/15/2021 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Defendant waives further reading and advisement. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Counsel is directed to chambers. Defendant is not contesting detention. Defendant ORDERED detained. Parties discuss if there were warrants issued for co−defendants. Government believes the co−defendants are on writ from Texas. Defendant remanded. (Total time: 3 minutes, Hearing time: 10:35−10:38) <br><br> **APPEARANCES**: Brian Dunn on behalf of the Government, Jared Westbroek on behalf of the Defendant, Pat Hanley on behalf of Pretrial. FTR: NYW−FTR. (bwilk, ) Text Only Entry (Entered: 06/15/2021) |
| 06/11/2021 | <u>11</u> | NOTICE OF ATTORNEY APPEARANCE: Jared Scott Westbroek appearing for Jimmy GarrisonAttorney Jared Scott Westbroek added to party Jimmy Garrison(pty:dft) (Westbroek, Jared) (Entered: 06/11/2021) |
| 06/10/2021 | <u>12</u> | CJA 23 Financial Affidavit by Jimmy Garrison. (bwilk, ) (Entered: 06/11/2021) |
| 06/10/2021 | 10 | ORDER APPOINTING COUNSEL as to Jimmy Garrison by Magistrate Judge Nina Y. Wang on 6/10/2021. Text Only Entry (bwilk, ) (Entered: 06/10/2021) |
| 06/10/2021 | 9 | COURTROOM MINUTES for Initial Appearance as to Jimmy Garrison held on 6/10/2021 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Defendant advised. Court appoints counsel. *Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court confirms the United States' continuing duty to disclose material evidence which is favorable to the defendant as required by* <u>*Brady v. Maryland*</u>*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion* |

| | | |
|---|---|---|
| | | *of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.* Discussion regarding if Defendant had a Detention Hearing in the District of Wyoming. Parties understand that the Defendant did not have a Detention Hearing in Wyoming and he is entitled to one in this district. Arraignment, Detention, and Discovery set for 6/15/2021 10:30 AM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. Defendant remanded. (Total time: 8 minutes, Hearing time: 2:02–2:10) **APPEARANCES**: Bryan Dunn on behalf of the Government, Matthew Belcher on behalf of the Defendant, Pat Hanley on behalf of Pretrial. FTR: NYW–FTR. (bwilk, ) Text Only Entry (Entered: 06/10/2021) |
| 06/10/2021 | 8 | Rule 5(c)(3) Documents Received as to Jimmy Garrison, from the District of Wyoming in Casper. (nmarb, ) (Entered: 06/10/2021) |
| 06/10/2021 | 7 | Arrest of Jimmy Garrison in Wyoming, in Casper. Initial Appearance set for 6/10/2021 02:00 PM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. (Text Only entry)(nmarb, ) (Entered: 06/10/2021) |
| 06/02/2021 | 6 | CJA 23 Financial Affidavit as to Jimmy Garrison. (sphil, ) (Entered: 06/03/2021) |
| 02/02/2021 | 5 | RESTRICTED DOCUMENT – Level 4: as to Jimmy Garrison, David Taylor, and Jamarius Jones. (sphil, ) (Entered: 02/03/2021) |
| 02/02/2021 | 2 | Arrest Warrant Issued in case as to Jimmy Garrison. (sphil, ) (Entered: 02/03/2021) |
| 02/02/2021 | 1 | INDICTMENT as to Jimmy Garrison (1) count(s) 1, 2, David Taylor (2) count(s) 1, 3, Jamarius Jones (3) count(s) 1, 4. (Attachments: # 1 Criminal Information Sheet Garrison, # 2 Criminal Information Sheet Taylor, # 3 Criminal Information Sheet Jones) (sphil, ) (Entered: 02/03/2021) |