FILED
United States Court of Appeals
Tenth Circuit

March 15, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>JIMMY GARRISON,<br><br>   Defendant - Appellant. | No. 23-1056<br>(D.C. No. 1:21-CR-00014-PAB-1)<br>(D. Colo.) |

_____

**ORDER**

_____

Before **HOLMES**, Chief Judge.

_____

This matter is before the court on Appellant's motion to (1) permit his CJA trial counsel to withdraw, and (2) appoint CJA appellate counsel. The district court has made the requisite finding of eligibility for appointment of counsel pursuant to 18 U.S.C. § 3006A.

Upon consideration, the motion is granted. Pursuant to § 3006A, John T. Carlson is appointed as counsel for Jimmy Garrison. Within 10 days of the date of this order, Mr. Carlson shall file an entry of appearance in this appeal.

Pursuant to § 3006A, James Castle is appointed *nunc pro tunc* to the date the notice of appeal was filed in this matter. That appointment ends with the entry of this order and Mr. Castle shall have no further obligations in this appeal except that, within

ten days from the date of this order, Mr. Castle shall transmit to Mr. Carlson[1] copies of all documents in his possession that are pertinent to this appeal and not otherwise available via PACER and/or CM/ECF, including all trial exhibits.

A designation of record and a transcript order form were filed on March 14, 2023. Within 20 days from the date of this order, Mr. Carlson shall file any necessary supplemental designation of record and/or supplemental transcript order form. If additional transcripts are ordered by Mr. Carlson, he must file a CJA 24 form in the U.S. District Court for the District of Colorado. Questions regarding the filing of a CJA 24 form should be directed to the district court Clerk's Office.

Appellant's opening brief shall be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31(a)(1); 10th Cir. R. 11.2(A). The Clerk of the U.S. District Court for the Colorado shall wait at least 20 days before transmitting the record on appeal to this court.

The Clerk's Office shall transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado. Mr. Castle shall transmit a copy of this order to Mr. Garrison forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk

---

[1]John T. Carlson, Ridley, McGreevy & Winocur, 303 16th Street, Suite 200, Denver, CO 80202; Tel: 303-629-9700; carlson@ridleylaw.com; Fax: 303-629-9702

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 15, 2023

Mr. John T. Carlson
Ridley, McGreevy & Winocur
303 16th Street, Suite 200
Denver, CO 80202-0000

RE:   23-1056, United States v. Garrison
      Dist/Ag docket: 1:21-CR-00014-PAB-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered

in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Attorneys for parties must complete and file an entry of appearance form within 14 days of the date of this letter. Pro se parties must complete and file the form within 30 days. *See* 10th Cir. R. 46.1. Parties who do not enter their appearances may not receive notices.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   James A. Castle
      Michael Conrad Johnson

CMW/na