IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No. 21-cr-00014-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JIMMY GARRISON,
2. DAVID TAYLOR,
3. JAMARIUS JONES, and
4. JUSTIN WHITE,

    Defendants.
_____

### ORDER ON MOTION TO WITHDRAW
_____

This matter is before the Court on the Motion to Withdraw [Docket No. 215], wherein Assistant United States Attorney Albert Buchman requests the Court terminate him from electronic service in this case. The United States continues to be represented by Assistant United States Attorney Brian Dunn. Wherefore, it is

ORDERED that the Motion to Withdraw [Docket No. 215] is GRANTED. It is further

ORDERED that the Clerk's Office shall remove attorney Albert Buchman from receiving electronic notifications in this case.

DATED March 24, 2023.

                      BY THE COURT:

                      PHILIP A. BRIMMER
                      Chief United States District Judge